FILED

APR 05 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FELONY

09CR0383

JUDGE CASTILLO

MAGISTRATE JUDGE ASHMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **YES**
If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
**09 CR 383 US v. Jesus Vicente Zambada-Niebla Judge Castillo**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **YES**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
**DAPCA Controlled Substances (III)**

10) List the statute of each of the offenses charged in the indictment or information.
**21 USC §§841(a)(1), 846, 952(a), 960, 963**

Thomas D. Shakeshaft
Thomas D. Shakeshaft
Assistant United States Attorney