IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 09 CR 383 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Guzman-Loera, et al., ) | |

## ORDER

The Government's oral motion to unseal the Ninth Superseding Indictment is granted. The Government's oral motion to dismiss the indictment as to defendant Hector Miguel Valencia Ortega is granted based on the Government's information that the defendant is now deceased. The arrest warrant with respect to defendant Hector Miguel Valencia Ortega is hereby quashed.


Date: September 30, 2015          /s/ Chief Judge Ruben Castillo