UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

It appearing that the U.S. Attorney's Office has identified former Assistant U.S. Attorneys in Attachment A who are no longer with the U.S. Attorney's Office and no longer represent the United States in the cases on the attached list; and

It further appearing the U.S. Attorney's Office has motioned the Court to terminate the attorneys listed from the cases in Attachment A; therefore

It is hereby ordered that the Clerk is to terminate the attorneys named in the cases on Attachment A.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge, Ruben Castillo

Dated at Chicago this _18th_ day of November 2015.

Attachment A

| | | | |
|---|---|---|---|
| 1:03-cr-611 | Collins | Daniel | John |
| 1:05-cr-409 | Collins | Daniel | John |
| 1:11-cr-847 | Collins | Daniel | John |
| 1:95-cr-730 | Coughlin | Colleen | D. |
| 1:08-cr-670 | Deis | J. | Gregory |
| 1:10-cr-63 | Deis | J. | Gregory |
| 1:11-cr-783 | Deis | J. | Gregory |
| 1:12-cr-175 | Deis | J. | Gregory |
| 1:12-cr-927 | Deis | J. | Gregory |
| 1:99-cr-545 | Deis | J. | Gregory |
| 1:10-mc-503 | DePodesta | Nancy | L. |
| 1:10-cr-63 | DeVooght | Andrew | R |
| 1:10-cr-944 | DeVooght | Andrew | R |
| 1:13-cr-274 | DeVooght | Andrew | R |
| 1:13-cr-275 | DeVooght | Andrew | R |
| 1:14-cv-3793 | DeVooght | Andrew | R |
| 1:01-cr-3 | Diamantatos | Tinos | |
| 1:06-cr-156 | Diamantatos | Tinos | |
| 1:09-cr-33 | Diamantatos | Tinos | |
| 1:13-cr-37 | Diamantatos | Tinos | |
| 1:99-cr-283 | Dobkin | Judith | F. |
| 1:11-cr-112 | Grimes | Steven | |
| 1:11-cr-614 | Grimes | Steven | |
| 1:12-cr-84 | Grimes | Steven | |
| 1:12-cr-459 | Grimes | Steven | |
| 1:07-cr-657 | Grohman | Christopher | Thomas |
| 1:11-cr-143 | Grohman | Christopher | Thomas |
| 1:11-cr-290 | Grohman | Christopher | Thomas |
| 1:11-cr-413 | Grohman | Christopher | Thomas |
| 1:11-cr-718 | Grohman | Christopher | Thomas |
| 1:11-cr-779 | Grohman | Christopher | Thomas |
| 1:12-cr-173 | Grohman | Christopher | Thomas |

| | | | |
|---|---|---|---|
| 1:12-cr-656 | Grohman | Christopher | Thomas |
| 1:12-cr-665 | Grohman | Christopher | Thomas |
| 1:12-cr-695 | Grohman | Christopher | Thomas |
| 1:12-cr-921 | Grohman | Christopher | Thomas |
| 1:12-cr-970 | Grohman | Christopher | Thomas |
| 1:13-cr-268 | Grohman | Christopher | Thomas |
| 1:13-cr-534 | Grohman | Christopher | Thomas |
| 1:13-cr-623 | Grohman | Christopher | Thomas |
| 1:13mc609 | Grohman | Christopher | Thomas |
| 1:14-cr42 | Grohman | Christopher | Thomas |
| 1:14-cr-44 | Grohman | Christopher | Thomas |
| 1:14-cr-316 | Grohman | Christopher | Thomas |
| 1:14-cr-350 | Grohman | Christopher | Thomas |
| 1:14-cr-351 | Grohman | Christopher | Thomas |
| 1:14-cr-429 | Grohman | Christopher | Thomas |
| 1:14-cr-497 | Grohman | Christopher | Thomas |
| 1:14-cr-558 | Grohman | Christopher | Thomas |
| 1:14-cr-560 | Grohman | Christopher | Thomas |
| 1:14-cr-562 | Grohman | Christopher | Thomas |
| 1:14-cr-581 | Grohman | Christopher | Thomas |
| 1:14-cr-629 | Grohman | Christopher | Thomas |
| 1:14-cr-630 | Grohman | Christopher | Thomas |
| 1:14-cr-651 | Grohman | Christopher | Thomas |
| 1:14-cr-652 | Grohman | Christopher | Thomas |
| 1:14-cr-654 | Grohman | Christopher | Thomas |
| 1:14-cr-656 | Grohman | Christopher | Thomas |
| 1:14-cr-657 | Grohman | Christopher | Thomas |
| 1:14-cr-658 | Grohman | Christopher | Thomas |
| 1:14-cv-3396 | Grohman | Christopher | Thomas |
| 1:14-mc-411 | Grohman | Christopher | Thomas |
| 1:14-mc-412 | Grohman | Christopher | Thomas |
| 1:14-mc-413 | Grohman | Christopher | Thomas |
| 1:14-mc-414 | Grohman | Christopher | Thomas |
| 1:14-mc-415 | Grohman | Christopher | Thomas |
| 1:14-mc-416 | Grohman | Christopher | Thomas |
| 1:14-mc-417 | Grohman | Christopher | Thomas |
| 1:14-mc-418 | Grohman | Christopher | Thomas |
| 1:14-mc-419 | Grohman | Christopher | Thomas |
| 1:14-mc-420 | Grohman | Christopher | Thomas |
| 1:14-mc-498 | Grohman | Christopher | Thomas |
| 1:14mc60004 | Grohman | Christopher | Thomas |

| Case | Last | First | Middle |
|---|---|---|---|
| 1:14mc60013 | Grohman | Christopher | Thomas |
| 1:15-cr-41 | Grohman | Christopher | Thomas |
| 1:15-cr-119 | Grohman | Christopher | Thomas |
| 1:15-mc-51 | Grohman | Christopher | Thomas |
| 1:15-mc-140 | Grohman | Christopher | T |
| 1:94-cr-187 | Grohman | Christopher | Thomas |
| 1:94-cr-261 | Grohman | Christopher | Thomas |
| 1:05-cr-54 | Habich | Michael | David |
| 1:14-cr-54 | Habich | Michael | David |
| 1:14-cr-152 | Habich | Michael | David |
| 1:14-cr-158 | Habich | Michael | David |
| 1:14-cr-281 | Habich | Michael | David |
| 1:14-cr-286 | Habich | Michael | David |
| 1:14-cr-302 | Habich | Michael | David |
| 1:14-cr-342 | Habich | Michael | David |
| 1:14-cr-389 | Habich | Michael | David |
| 1:14-cr-466 | Habich | Michael | David |
| 1:14-cr-494 | Habich | Michael | David |
| 1:14-cr-569 | Habich | Michael | David |
| 1:14-cr-626 | Habich | Michael | David |
| 1:14-cr-730 | Habich | Michael | David |
| 1:15-cr-31 | Habich | Michael | David |
| 1:15-cr-86 | Habich | Michael | David |
| 1:15-cr-92 | Habich | Michael | David |
| 1:15-cr-144 | Habich | Michael | David |
| 1:15-cr-165 | Habich | Michael | David |
| 1:15-cr-302 | Habich | Michael | David |
| 1:15-cr-313 | Habich | Michael | David |
| 1:15-cr-323 | Habich | Michael | David |
| 1:15-cr-394 | Habich | Michael | David |
| 1:15-cr-395 | Habich | Michael | David |
| 1:94-cr-263 | Habich | Michael | David |
| 1:09-cr-540 | Histed | Clifford | Charles |
| 1:12-cr-409 | Histed | Clifford | Charles |
| 1:14-cr-41 | Histed | Clifford | Charles |
| 1:14-cr-704 | Histed | Clifford | Charles |
| 1:01-cr-57 | Huff | Robert | F. |
| 1:95-cr-523 | Jackson | George | |
| 1:96-cr-553 | King | Jonathan | D. |

| | | | |
|---|---|---|---|
| 1:12-cr-677 | Manschreck | L. | Heidi |
| 1:14-cr-111 | Manschreck | L. | Heidi |
| 1:14-cr-428 | Manschreck | L. | Heidi |
| 1:14-cr-526 | Manschreck | L. | Heidi |
| 1:14-cr-527 | Manschreck | L. | Heidi |
| 1:14-cr-622 | Manschreck | L. | Heidi |
| 1:14-mc482 | Manschreck | L. | Heidi |
| 1:15-cr-20 | Manschreck | L. | Heidi |
| 1:15-cr-136 | Manschreck | L. | Heidi |
| 1:15-cr-285 | Manschreck | L. | Heidi |
| 1:15-cr-296 | Manschreck | L. | Heidi |
| 1:15-cr-396 | Manschreck | L. | Heidi |
| 1:15-mc0154 | Manschreck | L. | Heidi |
| 1:15-mc-326 | Manschreck | L. | Heidi |
| 1:15-mc-327 | Manschreck | L. | Heidi |
| 1:99-cr-354 | Manschreck | L. | Heidi |
| 1:00-cr-410 | Meza | Celia | |
| 1:03-cr-1136 | Noller | Lisa | Marie |
| 1:04-cr-573 | Noller | Lisa | Marie |
| 1:05-cr-194 | Noller | Lisa | Marie |
| 1:06-cr-469 | Noller | Lisa | Marie |
| 1:15-cr-75 | O'Neill | Michael | Thomas |
| 1:01-cr-543 | Oliver | Lawrence | |
| 1:15-cr-211 | Owens | Sonia | Monique |
| 1:08-cr-1019 | Perconte | Jeffrey | D. |
| 1:09-cr-687 | Perconte | Jeffrey | D. |
| 1:10-cr-85 | Perconte | Jeffrey | D. |
| 1:10-cr-1074 | Perconte | Jeffrey | D. |
| 1:11-cr-625 | Perconte | Jeffrey | D. |
| 1:12-cr-697 | Perconte | Jeffrey | D. |
| 1:12-cr-703 | Perconte | Jeffrey | D. |
| 1:12-cr-704 | Perconte | Jeffrey | D. |
| 1:13-cr-773 | Perconte | Jeffrey | D. |
| 1:13-cr-974 | Perconte | Jeffrey | D. |

| Case | Last | First | MI |
|---|---|---|---|
| 1:14-cr-187 | Perconte | Jeffrey | D. |
| 1:14-cr-548 | Perconte | Jeffrey | D. |
| 1:14-mc-221 | Perconte | Jeffrey | D. |
| 1:14-mc-342 | Perconte | Jeffrey | D. |
| 1:02-cr-451 | Porter | Andrew | C. |
| 1:03-cr-83 | Porter | Andrew | C. |
| 1:04-cr-1001 | Porter | Andrew | C. |
| 1:06-cr-890 | Porter | Andrew | C. |
| 1:07-cr-224 | Porter | Andrew | C. |
| 1:07-cr-374 | Porter | Andrew | C. |
| 1:09-cr-383 | Porter | Andrew | C. |
| 1:10-cr-30 | Porter | Andrew | C. |
| 1:12-cr-710 | Porter | Andrew | C. |
| 1:12-cr-863 | Porter | Andrew | C. |
| 1:00-cr-586 | Powers | Kevin | Joseph |
| 1:03-cr-127 | Rao | Pravin | B. |
| 1:06-cr-274 | Rao | Pravin | B. |
| 1:15-cr-211 | Raybould | Ryan | Russell |
| 1:14-cr-661 | Rossini | Darryl | J. |
| 1:15-cr-218 | Rossini | Darryl | J. |
| 1:11-cr-214 | Rotter | Stephen | B. |
| 1:01-cr-757 | Shakeshaft | Thomas | D. |
| 1:04-cr-341 | Shakeshaft | Thomas | D. |
| 1:09-cr-383 | Shakeshaft | Thomas | D. |
| 1:09-cr-780 | Shakeshaft | Thomas | D. |
| 1:13-cr-523 | Shakeshaft | Thomas | D. |
| 1:14-cr-24 | Shakeshaft | Thomas | D. |
| 1:14-cr-80 | Shakeshaft | Thomas | D. |
| 1:14-cr-111 | Shakeshaft | Thomas | D. |
| 1:14mc60028 | Shakeshaft | Thomas | D. |
| 1:14mc60033 | Shakeshaft | Thomas | D. |
| 1:90-cr-194 | Shakeshaft | Thomas | D. |
| 1:98-cr-516 | Shakeshaft | Thomas | D. |
| 1:97-cr-510 | Shaver | William | D. |
| 1:90-cr-463 | Shepard | Michael | J. |
| 1:02-cr-548 | Smith | Dylan | D. |
| 1:11-cr-800 | Smith | Dylan | D. |
| 1:11-cr-820 | Smith | Dylan | D. |
| 1:12-cr-250 | Smith | Dylan | D. |
| 1:12-cr-454 | Smith | Dylan | D. |
| 1:12-cr-773 | Smith | Dylan | D. |
| 1:12-cr-783 | Smith | Dylan | D. |

| | | | |
|---|---|---|---|
| 1:12-cr-785 | Smith | Dylan | D. |
| 1:13-cr-280 | Smith | Dylan | D. |
| 1:13-cr-633 | Smith | Dylan | D. |
| 1:13-cr-861 | Smith | Dylan | D. |
| 1:14-cr-228 | Smith | Dylan | D. |
| 1:14-cr-265 | Smith | Dylan | D. |
| 1:14-cr-271 | Smith | Dylan | D. |
| 1:14-cr-367 | Smith | Dylan | D. |
| 1:14-cr-368 | Smith | Dylan | D. |
| 1:14-cr-369 | Smith | Dylan | D. |
| 1:14-cr-504 | Smith | Dylan | D. |
| 1:98-cr-902 | Soffer | Gil | M. |