# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Honorable Ruben Castillo has elected to retire as of September 27, 2019; and

It further appearing that 09 CR 383, *USA v. Guzman-Loera et al.,* is currently assigned to the Hon. Ruben Castillo; therefore

It is hereby ordered that 09 CR 383, *USA v. Guzman-Loera et al.,* is to be reassigned to another judge of this Court as indicated, pursuant to Local Rule 40.1(f).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 27th day of September, 2019