Date 2023

Honorable Justice Sharon Johnson Coleman
United States District Judge
United States District Court
Northern District of Illinois
Eastern Division

Honorable Judge,

Through this letter, I would like to express how much I am sorry to have violated the laws and authorities that you represent in this courtroom for the government of the United States of America. I especially want to apologize for the harm my actions have caused the citizens of this country.

Firstly, I would like to ask God for forgiveness for all my mistakes and faults that I have committed. I ask the same from my wife, children, parents, siblings, and the greater society. To them I say I'm deeply sorry. Your Honor, my life's future is in your hands. I beg you to please be merciful not only with me, but with my family as well, with regard to your sentence for my punishment.

I have never had any problems with the law and prior to this case I had never been detained in the United States. I have tried my best to be a good example for my family, especially my children.

Your Honor, I would be grateful if you would consider how difficult it has been for my family to have to go through this without me. They have been affected both emotionally and financially because of my incarceration. Only God truly knows of all the hardships that they have gone through in these last few years because of the separation we have had to endure. I am sincerely, with all my heart, ashamed of and regret all the actions that I have committed in the past and the circumstances that have brought me before you in this chamber. Those actions have greatly affected all the good intentions I have had and continue to have in this world for the future and well-being of my family and myself.

I have been incarcerated for a long time, more than 11 years, and during this time I have reflected and reevaluated what my life was and what I intend it to be for the future after my sentence. I am truly sorry, and I ask for the opportunity to rectify all of my mistakes. I will work hard to become a productive member of society and most importantly, reunite once again with my family and loved ones. Your Honor, I have 9 grandchildren I ask you to give me the opportunity to see them grow. Only God knows what it's like to be without my family.

Your Honor, I worked as a cattle rancher from the time I was a child until I was arrested. My two boys continue to work as cattle ranchers and my intentions are to work together with them to help livestock producers in other communities. My hope is to help improve the quality of life for these other families in these communities so that they do not feel the need to get involved in drug related activities and so they do not have to go through the same suffering that my family has gone through.

Thank you, Honorable Judge, for your time and attention to my letter and for your understanding in relation to this matter which is very important to me and my family.

I sincerely trust that you will make the best decision for me and my family on this day, once again thank you and God bless you and your family.

Sincerely;

______________________________

Felipe Cabrera-Sarabia
Defendant -FBO **#55026-424**

Dear Honorable Judge Sharon Johnson Coleman,

I am writing to you with the respect that you deserve. My hope is that through this letter you are able to gain insight into who my partner, Felipe Cabrera Sarabia, is and more about our family dynamic, our community, and friends. I can assure you that my partner is deeply ashamed of his actions that have brought harm to American communities. I respectfully ask for mercy for Felipe, who's family needs so much.

My name is Hipolita Medina Bermudez. I grew up in a large family of 12 siblings in a village called Los Platanos. I met Felipe when I was 10 years old when I visited my older sister Rosario, who lived in the community of Vascogil, where Felipe was born. At that time were both in 4th grade. The inevitable happened and we fell in love from a very young age.

As is custom where I am from, I acquired my parents' permission to dance at the age of 15. I met him once again at one of these dances. We danced all night, and he asked me to be his girlfriend, to which I agreed. Around 1 month into our relationship we decided to formalize our relationship and began a common law marriage. As was customary among our people, we had our first child, Oscar, at the age of 16. Felipe was always a responsible man, a good provider. Our living situation was difficult, there were less and less opportunities to earn a living since we lived very far from civilization. We suffered from illnesses without being able to access medical care. We also suffered periods of hunger, although the little livestock we had helped us through these moments of crises, providing the basics, eggs, meat, and milk. When these basics weren't available, we were fortunate to always have corn to make tortillas and beans to boil. At the age of 17, I became pregnant with our second daughter Maria Cristina. During my pregnancy with her, we were going through economic difficulties, so Felipe spent 3 days looking to sell a cow and a horse in order to be able to afford to travel to the city of Durango so that I could give birth in the General Hospital and so that he could buy a change of clothes for our daughter.

When we reached our adulthood, Felipe was elected as Judge of the town of Vascogil, Durango, Mx. He always looked to take care of everyone. He cared about the well-being of everyone in the town, from the youngest to the oldest. He always dreamed of giving us all a dignified life, especially his children. As Judge he began to cultivate a repour with the engineers of the Metates Mine, which was located very close to where we lived. The first thing Felipe wanted to achieve was to improve overall conditions for the children. He employed the help of the mining company in securing better, more comprehensive educational facilities, as well as better access to medical care. An outbreak of measles had just happened, where Oscar and many people in the town had become ill. He did everything he could to get us all out of the ranch and to the hospital in the city. He asked for help from commercial planes (air taxis) in order to provide the transport. People always looked to him when they needed to ask for support from the miners because his relationship with the miners was very good. He was always looking for a way to relate to people. I would tell him that he had a gift because most of us were very shy when city dwellers came to our village.

At the age of 20, Carolina, our third daughter, was born. Our economic situation remained the same, but we were always happy with what we had, and I had total confidence in Felipe. I didn't worry about money because I knew that he would always find a way to get ahead one way or another. Three years after Carolina's birth he decided to move us from the ranch to the city so that our children could have better opportunities. Opportunities we never had. He always told me, "I want the best for my children, I want them to study and not have to live as we live." I suffered from having to leave my community and my nest, but I started the journey with him because we have always supported each other as a couple.

Our life’s was routine work for my husband, school for the kids, and the household responsibilities for me. Felipe was doing better and better in the production and sale of cattle until one day, 5 years later, we were able to buy a house and our youngest son Luis Felipe was born. Our house was always busy, it was never empty. People from our village visited us frequently, some when they went to visit the doctor for a routine check-ups,

others simply on vacation in the city. We were always welcoming to anyone that showed up. Several people even came to live with us for varying lengths of time. We always helped each other with the expenses. People felt at ease and cared for in our house.

There are many anecdotes about my partner that describe his character, but I decided to choose those that touched my heart and have always been stored in my memory. It's been a few years since one of my nephews died from lung cancer. Felipe was his favorite godfather, between them there was a bond full of love and affection. My nephew liked to ask Felipe for advice because his father was an alcoholic and he could never have a conversation with him. Javier, my nephew, spent 6 months suffering from lung cancer and I know that during that time Felipe would do anything and everything in his power to grant Javier's wishes or needs. He was always there with Javier, holding him in his agony. Those are things that my family has never forgotten.

In the most difficult moments he has been there to support us. As much as I am his strength, he is mine. In my relationship with him we have never lacked love. That is something that has held us together all these years of separation. I made the decision to never leave him alone, just as he never left me or mine.

Felipe is altruistic by nature. He has always sought to help people. He has impacted many lives in a positive way, with love. When he was arrested by the Mexican government, we went through all kinds of crisis', from emotional to economic, but none of that has been an impediment for us to continue with our lives. He, in his own way, has always looked to be there for us, making sure that negative emotions do not control our day to day. He taught us to face the facts with dignity and to lift our faces despite our deep sadness. He is a strong man, who despite adversity, has known how to handle it with emotional intelligence. It has been a long road with ups and downs, but unity has always been our strength.

I saw him suffer a lot during his time in the different Mexican prisons, and like him we suffered too. The treatment and the food was terrible, we lived with the anxiety of whether

he was going to be well the next time we visited him, or if he fell ill would he survive the illness because the medical services were of very poor quality. There were sleepless nights and a lot of anguish, but every visit was worth it. Every 8 days we undertook a trip to see him so we could be together. In the privacy of our visits we talked about how much it hurt to be apart. That was the only place where we expressed ourselves, cried, and opened our hearts. We were always grateful to be able to be reunited once again.

I miss him every one of my days, there is no place or space where I do not need him. He is part of my life. Now that so much time has passed away from him and without being able to see him, I dream of the moment in which we are reunited, and I hope that that time will be soon. We are ready to receive him at home and take advantage of every second that life lets us continue sharing.

With this small summary of what has been our life, I ask you to consider these words and that through them you can get to know a Felipe a little more. I know that he is not a saint, I know he has not always done things the right way, but he has a giant heart and will always be willing to improve as a person for the greater good of everyone and himself.

Your Honor, I ask you to forgive the wrongs he has committed, especially to the American community, and give you a second chance to return to us, his family.

May God bless you and your family,

Kind regards

Hipolita Medina Bermudez

Honorable Justice Sharon Johnson Coleman,

I hope this letter finds you well. I am writing to you through this letter to ask that you have mercy on my father and allow him to return home soon.

My name is Carolina Cabrera Medina, I am the third daughter of Felipe and Hipolita. I am 29 years old and I have a Masters in Business Administration and Finance. Dad has always given us magical moments. I remember when it snowed in Durango (I would have about 8 years old) we were living in a small house. The fact of being at home, and not at school locked up, with dad and mom intensified the sense of joy. There was a lot of hot chocolate, snow men, hanging out by the fireplace, a big dinner and lots of laughter. As I write this I am reminded of how much I love my family.

Dad has taught me to always help others if they need it, to work hard to get what you want, to be aware and to know that even when I make a bad decision my family will always be there to support me. We grew up in a home of love and fun, we were raised the old-fashioned way and I like to remember those times. Dad has always been very playful and when it was necessary to scold us for misbehaving, he always resorted to mom and we laughed so much at him. He is an affectionate man who likes to see his children and grandchildren happy. When we went to the prison in Guadalajara to visit him, he got to have some visits from his grandchildren too. He always did silly things so that his grandchildren would continue to remember him despite the distance.

His love is infinite, we have been waiting for him to come home for a long time. But time has been wise and healing. It has helped us strengthen our family ties. I am impressed by how his name never stops ringing in our house, or in that of our friends and family.

I know that all the sacrifices he has made have always been for us, he always reminds us that we must live with dignity, that studying and working is the most powerful tool to have a life worth living.

I believe in second chances, so today I find myself asking for a second chance for him, to return home, so that the Christmas table is full and not empty. My dad has taught me that no matter what happens, you can always be a better person if you decide to change course.

He loves family gatherings, at Christmas my house was always the meeting point. There was always an abundance of food and gifts. I can say that he likes to help others without waiting to receive something in return, only when it relates to self-improvement and development of a person. For example, he always wanted to help the kids from his village. He always worried that they had an adequate education so that they would not remain stagnant. I have a memory of when I studied English and we went to the ranch to visit, he would ask me to go to visit the school and give English lessons to the children.

I am a reader at heart, I have read about 300 books in my life. My dad bought me my first book when I was 8 years old and since then I never let go of reading. Every Sunday

we went to mass and from there to a restaurant called VIPS. After finishing he would take a bill out of his pocket and hand it to me and I would immediately go to the bookstore inside the restaurant to buy a book. He was always excited by the idea of seeing me read, of knowing that I liked to study. I remember a phrase he would always say, "the young people who study enjoy life more and have more fun".

Now that I know that he reads, and that his expressions, advice and dialogue with us has changed, I am sure that there is no turning back and I know that the father that I have has evolved to be a different person, to make different decisions, to change the course of his life and choose to live a good life.

I hope for him to be at my wedding one day. I would not want a luxurious wedding, just one full of love, and to be surrounded by nature and clean air. I would like Papa to be there.

He has asked us to go to therapy so as not to carry the weight of anything and so that we can continue living and enjoying every second of our lives even when he is not here to fill the gap. I feel that we have strong foundations and that as a family we have evolved to be a better version of ourselves.

With my father at home, we would lack nothing.

I ask you to forgive him for the damage he may have caused communities in the United States. Please have mercy on him and grant us the opportunity to be together again.

With the respect you deserve, kind regards,

Carolina Cabrera Medina

Honorable Justice Sharon Johnson Coleman,

I respectfully ask you for clemency and that you please read this letter describing my experience growing up as my father's daughter. I am aware that his behavior has not been the best, but I would like to briefly describe mine and my family's experience growing up with Felipe Cabrera Sarabia.

My name is Maria Cristina Cabrera Medina. I am a licensed public accountant, and daughter of Mr. Felipe Cabrera Sarabia and Mrs. Hipolita Medina. I am the second born of their children.

When I was little, I remember attending kindergarten in our village, but I didn't finish. This is because my dad decided to take his family to the city so we could have a better life. Therefore, I arrived in primary school. Returning to those kindergarten moments, I perfectly remember a father very concerned about the education of his children. He always encouraged us with words that, until this day at my 32 years of life, continue to resonate in my head repeatedly. Mi father has made me feel a valuable, intelligent, loved, and like a person who can overcome any sort of adversity.

My favorite vacations growing up were always the trips to my father's birthplace. Those were the happiest moments for me. My siblings would be flooded with happiness. We would travel in his truck, I do not remember the color, but once we were on the road it was the most exciting thing. Once we passed the municipality of Santiago Papasquiaro there was small opening on the road that made the car jump so high that all of us who were inside it jumped and felt those little so-called butterflies in our stomach. It was a

fascinating moment for my siblings and I. When he saw how much my brothers and my mom and I laughed, he would say, "Do you want more?"  Our answer was “yes daddy, we want more” with screams that filled that truck full happy children and a happy wife. But above all I remember a radiant dad making his children happy with something so small.

When we arrived at his village, depending on the time of arrival, he would tell my brothers and I to go distribute the fruit with all the people. There was not that much fruit to distribute, but the act of doing it was so beautiful. Regardless of whether people thanked him or not, he continued doing it.

On two occasions, in the city of Durango, we experienced seeing snow as children. The first time I do not remember too well, the second occasion occurred one day when my father was leaving us at school. When we got out of the car he said  "children it’s snowing! ".  We were so excited that we told him  "do not leave us at school take us to enjoy the day", he looked at us and replied "get  in the car let's get out of here". When my mom got home, she said to him as she often did " Once again you folded before them, Felipe", he answers:  "Dear it’s snow! let them enjoy the experience".  My brothers and I have a father who has let us explore every little thing, no matter how minimal, and enjoy the moment.

I have 3 children, he knows them all. My first is named Alina. She was his first granddaughter, therefore, with whom he got to know the most. She has very nice memories by his side, she was 4 years old when my father was imprisoned. Sergio and Cecilia met him in the prison of Guadalajara. They speak of him as a very good grandfather but at the same time of a very sad one, because of where he is. In therapy, Alina is asked who in her family she considers the saddest person. She responds that her grandfather because he has no freedom but also mentions that he is the smartest even though he is in that place. She states that he always motivates her to get ahead and that has her amazed.

When it was time to visit him, we always went with the best smile on so as not to raise suspicions and so that he could not detect that someone was sad, or that someone was having emotional problems, but he always detected those details so much so that he began to motivate us without telling us that he knew that something was up. He has always encouraged study, personal growth, being better person day by day. Leaving those visits, he always made me feel empowered and that I could do anything. That is who my father is, even being in that place full of deficiencies, he still smiles, he still shines, he still loves, he is strength.

I ask you to forgive my father for his faults committed towards the communities of the United States. I ask that you please give him a second chance to be with his family who wish to have him back.

Pleasure to greet you, may God bless you and your whole family.

Kind regards

Lic. María Cristina Cabrera Sarabia

Honorable Justice Sharon Johnson Coleman,

I ask your for clemency and that you please read this letter in which I describe what is my relationship with my father Felipe Cabrera Sarabia, who I certainly know has not had the best behavior, but for me it is important that you have a chance to see another perspective of him.

My name is Luis Felipe Cabrera Medina, I am 24 years old. I have a degree in Business Administration, and I am the youngest of the 4 children. This letter I am writing today is mostly for my father, the man who has been my example since childhood. For as long as I can remember he has always been a person of a peaceful and reasonable character, at home forming a partnership my mother. He knew the right way to educate me and my siblings, basing our education on honest work and knowing how to value the cost of things. He has always maintained very clear dialogues with us, speaking to us as clearly and directly as possible.

I remember my father in the mornings while my mother cooked us breakfast, talking about what awaited him at the ranch during the day. He would describe any problems that sometimes came to him with cattle or with some machinery but although problems always arose, he always mentioned that you always had to face those problems with a positive outlook. He was always positive in the face of adversity.

One of the things that has left a mark on me was my father's conviction, effort and dedication in his work. I have always perceived him as a person with a lot of empathy with the people around him. I remember that when someone from the ranch had an illness or a problem he looked for a way to help them if it was within his power to do so. His reaction

was always quick and noble, and always selfless. I always saw on his face an expression of satisfaction in helping people in need.

I have memories of him talking about how he wanted people who lived on the ranch to have better opportunities and services within reach. He would always look for ways in which to achieve this. In fact, today the town church is standing and cared for thanks to him. For the people of the community of Vascogil, religion and faith are an important system of support in their lives. My father encouraged me to live and have a friendly and reliable relationship with my family, he united us and made us understand that as long as we remain united, everything will always turn out well.

I remember that on Sundays we would got up early as a family to clean the house garden and wash the garage. Then we went to church and went out to eat. For my dad, family unity is very important but the most important of all is the love for your family.

I am a father of 3 daughters and now I understand what it is to feel so much love for someone, now I can understand my dad and the love he has always shown us. I wish that my daughters can live with him in their lives and that although he has already lost valuable time with his granddaughters I hope we can enjoy those that come as a family.

I'm not saying my father is a saint, but he's a good man. I ask you to give him the opportunity to return home to his family soon. I also respectfully ask that you forgive the damage he has caused to the communities in the United States because of his actions.

God bless you and your family.

Kind regards,

Luis Felipe Cabrera Medina

Honorable Sharon Johnson Coleman,

I ask you for clemency and that you please read this letter, which describes my upbringing as my father's son. I am aware that his behavior has not been the best, but I am writing to you with the respect you deserve, to ask you that you read this letter where I describe who my father is to me and to beg that you have mercy on him.

My name is Oscar Cabrera Medina, the first child of Felipe and Hipolita, and I am 34 years old. I was just 24 years old when my dad was incarcerated. I consider him a very hardworking person. I know how much he loves his cattle and how well he took care of them. Since I was a child, my dad loved taking me to the ranch to ride horses. It was because of this that I took a liking to horses and cattle. It's something I'm very passionate about. Dad always talked to me about crossing breeds so that the quality of the cattle improved after breading. His business advice has always been in my mind and heart and I have used it as a guide during all of these years that he has not been with me.

One of the most precious gifts I have from dad are the livestock books he left me and some cattle offspring that I grew over time as I began making my way into the cattle business. I am not the best farmer, but one who, by the advice of his father has known how to make wise decisions. Being on the ranch and seeing the cattle grow reminds me of him and the times I experienced with him from a very young age. He is a very important man in my life, a good counselor, a good friend.

A few years ago I was diagnosed with epilepsy. I was visiting my mom when I experienced the first epileptic seizure, and my dad was not there. They later told me that they called him, and he arrived very quickly, like any father who cares deeply for his children would. He acted with a responsiveness that we had never seen and within minutes I was in the hospital. He has always cared for us with patience and taught us with love. My dad always took time to talk about those issues that overwhelmed me and I always returned home not with life resolved, but with plenty of encouragement to continue living.

My father's arrest marked me for life and I always promised to act with good judgment so that I would never have to go through what he went through. Besides loving my father, I admire his fortitude and strength. I am proud to be his son and I am proud to say that I was raised by an excellent human being with a unique heart.

He has been away from us for many years, living an inhuman life full of bad experiences and yet he smiles. He smiles at life and smiles at us all the time. That has always encouraged me to keep going, to see life differently.

Your honor I am the father of three children, 2 girls and 1 boy. My dad was able to briefly get to know my daughters but still does not have the joy of meeting my son. I wish that he could be here with us so that he may see them grow and so that the stories I tell them about their grandfather could be told by him in person. I try to keep his image alive always,, but there things like shared laughs and hugs day after day that allow us to create

meaningful connections with our families. My kids always ask me when their papá Felipe is going to return.

I ask you to have mercy and to consider his return, I beg you to forgive him for the damage he has caused the American community, and I ask that you grant him an opportunity to return to his wife. My Mom loves him and suffers a lot without him, just as my siblings and I do.

May God bless you and your family.

Kind regards

Oscar Cabrera Medina

Hello grandpa Felipe,

I miss you a lot, I love you and adore you, I hope you come home soon. Everyone misses you. I hope you are very healthy and eat super good. You don't know how much I cried with grandma Pola because we miss you very much. I hope you had a happy new year. I am with mom next to me and with my aunt writing this letter. We love you very much and we are waiting for you. The whole family is.

I want you to get to know me better because I'm already 9 years old. Grandma Pola misses you a lot and I love you very much. It felt bad this new year because you were not with us.

We were all together, Kenyamin, Poleth and Regina were here and more cousins. I'm writing note with lots of love. I love you Grandpa Felipe with all my heart.

With love, Ceci.

Honorable Justice Sharon Johnson Coleman,

I write this letter with all the respect you deserve. I ask you to please read this letter so that you may learn more about the life of Mr. Felipe Cabrera Sarabia in the community of San Juan de Camarones where he was born and raised. On behalf of all who live in it, we ask that you have mercy on him.

My name is Cruz Villarreal Saravia. I am the representative of the community of San Juan de Camarones and 7 other towns, all belonging to the municipality of Santiago Papasquiaro, Durango. We are 5 people who form the board of directors and represent all the inhabitants of all these towns. I am originally from Vascogil, where Mr. Felipe Cabrera Sarabia was born and raised. We all know him well.

Felipe Cabrera Sarabia is the eldest son of his family. His parents raised him well. He is a gentleman with good conduct. His father was dedicated to livestock and agriculture and his mother was a homemaker. He was a very applied child in school. His parents talk that they never struggled with him to get him to go to school. Since he was 8 years old, he took charge of feeding the animals he had in the house, pigs, chickens, dogs. As he grew older he took charge of his father's working horses and mules and as well as the cattle. At the age of 12 he finished his studies and dedicated himself to taking care of livestock and agriculture.

At the age of 15, he married Mrs. Hipolita Medina, whom everyone here in the community knows as his wife.

Shortly after getting married, the villagers chose him as judge. He signed and stamped the invoices of the cattle that were sold, and when someone in the village needed to sell

a piece of land, they counted on him to invoke a meeting so that all the inhabitants of the community would be informed and agreed to the sale.

He was one of the people in charge of making agreements with engineers of the mine near our town and the municipality, so that the road would be built for us to the towns of Vascogil and other villages in the community. At that time he was about 18 years old. He would say that the road would facilitate the transport of sustenance items to our town, since before the road was built we transported these goods by animals.

The older women and men of the town mention that he always cared about the welfare of everyone here in the village. That he would tell them that he wanted to go out to the city so that his children could study. His first two children studied for a year or two here at the village school.

In 1995 he went to the city of Durango, but never left completely.

He kept returning to see his cattle and buy from the other ranchers. He started bringing the other ranchers vaccines for their cattle so that they could vaccinate the cattle and reduce livestock deaths.

He always cared about the school being suitable for the children of the town. He wanted it to have the necessary furniture and school supplies. He even wanted there to be soccer balls for children to play with.

Over time he asked for support from the municipality and the mining company here in Metates and they gave us steel sheets, cement, and a little money to build more classrooms. With the help of everyone in the village we managed to build a decent school for the children. When he studied in the town there were about 12 children. When we built

the other classrooms there were about 40 children in the school and that's why he said we needed to make the school bigger.

We had also spent some time figuring out how to build a church. In the year 2000, we began to build it and Felipe was in charge of attaining support from the municipality and mining companies. They helped us with all the materials and a little money for the architect who created the plans for the church. All the adults who lived in the town put the manual labor to build a church so that all families could go to mass and celebrate baptisms and family parties. We are all very happy with the church.

During that same time, Felipe got the municipality to support us with installing pipes for drinking water since none of the homes had running water. The women of the town had to carry water for domestic use on their heads in buckets. Felipe would comment that it wasn't fair that the women had to work so hard. Once we installed the pipes and each family had their water in their house they were happy and he was very happy because we had achieved it.

He has always been generous to his employees who take care of his livestock. If any of the employees or the employee’s relatives needed medical attention, he didn't think twice about helping them. He would do the same for any of us that know him, he is a good man.

Before he was arrested, he was seeing how to attain livestock support in the form of government aid packages to give to the ranchers of the town. that way the ranchers could improve their livestock and thus have better economic profits so that our families could enjoy a better quality of life. He has told us that he is still thinking about these projects and that he does not lose hope of being able to achieve them. We know what he tells us

is true because we know the type of person that he is. We ask God to for his return. We pray that his process goes well so that he may be with his family and his livestock and with all of us who appreciate him very much.

On behalf of everyone in this community, we thank you for your time and ask you to have mercy on him.

"Durango, Durango, October 11 , 2012.

To whom it may concern:

I hereby declare that I know Mr. Felipe Cabrera Sarabia, whom they called President of the Commissariat of Communal Goods of the Community of San Juan de Camarones, belonging to the Municipality of Santiago Papasquiaro, State of Durango, the above, by virtue of the fact that my represented American Gold Metates, S. de R.L. de C.V., carries out mining exploration works in mining concessions owned by my represented, which are located on land within said Community, so since2007 we have rea l hoisting exploration works in said mining concessions, with theconsent of l a Community.

During all this time, my representada and its contractors have been able to carry out the exploration work in the Community mentioned here, without any setback, and always with the support of the Community of San Juan. de Camarones, the Commissariat of Communal Goods and its President.

Atentamente,

Sr. Mark John Malfair

Representante legal de

American Gold Metates, S. of R.L. of C.V.

C.c.p. Expediente.

TORREON COAHUILA, FEBRUARY 16, 2023

**TO WHOM IT MAY CONCERN:**

THROUGH THIS LETTER, I EXTEND MY PERSONAL RECOMMENDATION TO MR. FELIPE CABRERA SARABIA, WHOM I HAVE KNOWN SINCE 1999. THIS PERSON HAS SHOWN TO BE A PERSON I NTEGRA, RESPONSIBLE AND HARDWORKING AND OF WHOM I KNOW THAT SINCE THE DATE IN WHICH I MET HER IN THE CITY OF GOMEZ PALACIO, DGO. , AS I AS IN THE CAPITAL OF THAT STATE, UNTIL 2005 WAS DEDICATED TO LIVESTOCK I A, IE TO THE FATTENING AND SALE OF CATTLE, AS I LIKE I TO Ñ ALAR THAT MR. FELIPE CABRERA SARABIA IS A TRUSTWORTHY PERSON AND I CAN ASSURE YOU THAT IT IS A PERSON WITH AN IMPECCABLE ETHIC.

WITHOUT FURTHER ADO, REITERO MI MORE SINCERE RECOMMENDATION FOR THE PURPOSES THAT THE S E N OR FELIPE CABRERA SARAB IA CONSIDERS PERTINENT.

**ATENTAMENTE,**

**LIC. OMAR ASCENCION PULIDO FLORES**
**CELULAR: 8717278533**
PULIDOFLORES@HOTMAIL.COM

TO WHOM IT MAY CONCERN:

THE SUBSCRIBER I KNOW PERSONALLY TO **MR**. FELIPE CABRERA SARABIA MORE THAN 20 YEARS AGO, SINCE I HAD PERSONAL CONTACT WITH HIM AND I KNOW THAT FROM THE YEAR 2000 TO Ñ2005 THE **ÑOR CABRERA SARABIA** WAS DEDICATED OR TO THE LIVESTOCK SECTOR ASI LIKEI TO SAY THAT MY RECOMMENDED IS AN EXCELLENT PERSON, HARDWORKING AND, IN ADDITION, A GREAT HUMAN BEING; SINCE THIS IS FROM ME COMPLETE CONFIDENCE. \

'\

SINCERELY, THE ONE WHO SUBSCRIBES TO FEBRUARY 14, 2023

\

**LIC. ALBERTO IDUÑATE GUZMAN**

*CEL. 871-137-77011*

*NOTARIA32@JDUNATE.COM*

*NOTPUB32@PMAIL.COM*

MÉXICO SUSTENTABLE
cmic
INFRAESTRUCTURA DE CLASE MUNDIAL

Mexican Chamber of the
Construction Industry
De! egacion Durango

Victoria de Durango, Dgo., February 09, 2023

**TO WHOM IT MAY CONCERN.** -

Through this channel, I would like to highly recommend **Mr. Felipe Cabrera Sarabia**, with whom I have had labor relations for 14 years and during this time he has demonstrated his integrity, high sense of responsibility, honesty, effectiveness and efficiency in the development of his activities.

So I have no objection to extending this letter, to the purposes that suit the interested party.

Sin más por el momento me despido quedando a sus órdenes.

**Kind regards**

Cámara Mexicana de la Industria de la Construcción
cmic
DELEGACIÓN DURANGO
BLVD. FRANCISCO VILLA ESQ.
MERCURIO S/N CD. INDUSTRIAL
C.P. 34208 DURANGO, DGO.
R.F.C. CMI-970416-U95
TEL. 814-04-23

**Arq. Raul Montelongo Nevárez**
**Presidente**

C.C.P. File

**AFAMDGO** **ASSOCIATION** OF FURNITURE **MANUFACTURERS OF THE STATE OF DURANGO**

**DURANGO DGO. AS OF** 9 **FEBRUARY** 2023

**TO WHOM IT CORRESPONDS**

**PRESENT**

Serve this means to greet affectionately and in turn, make known that this association manifests to know the C. FELIPE CABRERA SARABIA for approximately 15 years, recommending him as a serious and responsible person, qualities that have been evident in the time we know him.

This is extended at the request of the interested party for the purposes he deems appropriate in the Cd de Durango Dgo. On the 9th day of February of this year.

Thanking in advance the intention and support that could be granted, I say goodbye reiterating my consideration and affection.

Kind regards

Association of Furniture Manufacturers of Durango AC

Carlos Gutiérrez Santiesteban

GOMEZ FARIAS #204 ESQ. CON LUNA BARRIO DE ANALCO DURANGO, DGO 34000 MEXICO CEL 6181066955

# José Antonio Safa Barraza

Torre6n, Coahuila, Feb. 16, 2023

TO WHOM IT MAY CONCERN:

I hereby allow myself to recommend Mr. Felipe Cabrera Sarabia, whom I met in the year 1999 in the city of G6mez Palacio, Durango and had personal contact I I With him until 2004, during this he proved to be an honest, integra, responsible person, a gran human being and very hardworking, for the friendship I had with him s that is successfully engaged in the activity of livestock in the form of trade and fattening of cattle.

Therefore, I extend my personal recommendation to Mr. Felipe Cabrera Sarabia, for the purposes that suit him.

SALUDOS CORDIALES,

JOSE ANTONIO SAFA BARRAZA
Cel. 871 727 0551
~~E-mail: jasb@quimer.com~~
jantonio safa@gmail.com