DATE: May, 2023

Honorable Sharon Johnson Coleman
United States District Judge
United States District Court
Northern District of Illinois
Eastern Division.

Honorable Judge,

By this letter I would like to express how sorry I am that I have violated the laws and authorities that you represent in this courtroom for the government of the United States of America. Specifically, I apologize for the harm my actions may have caused the citizens of this country.

First and foremost, I would like to ask God for forgiveness for all my mistakes and wrongs that I have committed. I ask the same for my wife, daughters, parents, sisters, and society in general. To them I say I am very sorry. Your Honor, the future of my life is in your hands. I beg you to please be merciful, compassionate, and considerate to my family and me with the punishment of your sentence.

I have never had any problems with the law and prior to this case I have never been arrested in the United States. I have tried my best to be a good example to my family, especially my children.

Your Honor, I would appreciate it if you would take into consideration how difficult it has been for my family to have to go through this time without me. They have been affected both emotionally and financially because of my incarceration. Only God truly knows of all the hardships they have gone through these past 11 years because of the separation we have had to endure.

I am sincerely, with all my heart, ashamed and regret all my actions that I have committed in the past and the circumstance that has brought me before you into this room. Those actions have greatly affected all the good intentions I have had and continue to have in this world for the future and welfare of my family and myself.

I have been incarcerated for a long time now, it is over twelve (11) years, and during this time I have reflected and reevaluated what my life was and what I intend it to be for the future after my release. I am truly sorry, and I ask for the opportunity to change all my mistakes. I will work hard to become a productive member of society and most importantly be reunited once again with my family and loved ones. Your Honor, I have nine (9) grandchildren and I ask you to give me the opportunity to see them grow up and enjoy their childhood. God only knows how it feels to be without family.

Your Honor I have worked with cattle since I was a child and until I was arrested. My two sons are still working in cattle raising. My project is to work together with them to help other cattle producers in our communities. Many families have better ways of life and do not have the need to get involved in activities that relate them with drugs and do not incur suffering to their families or other communities.

Thank you, Honorable Judge, for your time and attention to my letter and for your appearance regarding this matter which is very important to me and my family.

I sincerely trust that you will make the best decision for me and my family on this day. Once again thank you and God bless you and your family.

Sincerely yours.

/S/

_____
Felipe, CABRERA-SARABIA
Defendant-FBO: **#55026-424**

## Certificate of Translation & Accuracy

I, **Enrique Castro,** state that I am over 21 years of age, and I am familiar with both English and Spanish languages. I have made the foregoing translations from the annexed documents in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

*Enrique Castro*
Enrique Castro

**DEFENDANT: FELIPE, CABRERA SARABIA FBOP# 55026-424 CERTIFICATE OF TWO COMPLETED BIBLE STUDIES COURSES**



# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Felipe Cabrera Sarabia**

upon successful completion of

**Lecciones de Doctrina Biblica Vol. 1**

Awarded on 06/13/2023.





*Joseph Welch*
_____
ACADEMIC DEAN

*Mrs. Gwen Wadell*
_____
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Felipe Cabrera Sarabia**          STUDENT ID#: 572722

COURSE: **Lecciones de Doctrina Biblica Vol. 1**   DATE: 06/13/2023

EXAM 1: **93**          EXAM 2: **97**          EXAM 3: **99**

FINAL GRADE: **96**          CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

Scanned with CamScanner

**American Bible Academy**
**Informe de Calificaciones del Estudiante**

ID del Estudiante: 572722
Curso: 102S1 - Lecciones de Doctrina Biblica Vol. 1
Examen No: 1
Puntaje: 91 of 98 (93%)
Calificación: A-

Felipe Cabrera Sarabia
REG# 55026-424
Chicago M.C.C.  25-2505
71 West Van Buren Street
Chicago, IL  60605

## Lista de Artículos Incorrecta

| Art. | Tuya,Corr. | | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | B | | | | | | | | | | |
| 14 | A | B | | | | | | | | | | |
| 37 | A | B | | | | | | | | | | |
| 38 | B | A | | | | | | | | | | |
| 60 | B | A | | | | | | | | | | |
| 62 | A | B | | | | | | | | | | |
| 93 | B | D | | | | | | | | | | |

Utilice su número de identificación de estudiante de ABA en TODAS las hojas de respuestas de Scantron. Tenga en cuenta que para las preguntas de Verdadero / Falso, A es Verdadero y B es Falso. Cuando se aprueba un curso con una calificación del 70% o mejor, se le enviará automáticamente el siguiente curso. Por favor, espere de 4 a 6 semanas para la entrega y asegúrese de notificarnos cualquier cambio en su dirección postal.

06/13/2023

Scanned with CamScanner

**American Bible Academy**
**Informe de Calificaciones del Estudiante**

ID del Estudiante: 572722
Curso: 102S1 - Lecciones de Doctrina Bíblica Vol. 1
Examen No: 2
Puntaje: 76 of 78 (97%)
Calificación: A

Felipe Cabrera Sarabia
REG# 55026-424
Chicago M.C.C.  25-2505
71 West Van Buren Street
Chicago, IL  60605

Lista de Artículos Incorrecta

| Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | A  B | | | | | | | | | | |
| 63 | D  C | | | | | | | | | | |

Utilice su número de identificación de estudiante de ABA en TODAS las hojas de respuestas de Scantron. Tenga en cuenta que para las preguntas de Verdadero / Falso, A es Verdadero y B es Falso. Cuando se aprueba un curso con una calificación del 70% o mejor, se le enviará automáticamente el siguiente curso. Por favor, espere de 4 a 6 semanas para la entrega y asegúrese de notificarnos cualquier cambio en su dirección postal.

06/13/2023

Scanned with CamScanner

**American Bible Academy**
**Informe de Calificaciones del Estudiante**

ID del Estudiante: 572722
Curso: 102S1 - Lecciones de Doctrina Biblica Vol. 1
Examen No: 3
Puntaje: 78 of 79 (99%)
Calificación: A+

Felipe Cabrera Sarabia
REG# 55026-424
Chicago M.C.C. 25-2505
71 West Van Buren Street
Chicago, IL 60605

### Lista de Artículos Incorrecta

| Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. | Art. | Tuya,Corr. |
|------|-----------|------|-----------|------|-----------|------|-----------|------|-----------|------|-----------|
| 8    | B  A      |      |           |      |           |      |           |      |           |      |           |

Utilice su número de identificación de estudiante de ABA en TODAS las hojas de respuestas de Scantron. Tenga en cuenta que para las preguntas de Verdadero / Falso, A es Verdadero y B es Falso. Cuando se aprueba un curso con una calificación del 70% o mejor, se le enviará automáticamente el siguiente curso. Por favor, espere de 4 a 6 semanas para la entrega y asegúrese de notificarnos cualquier cambio en su dirección postal.

06/13/2023

Scanned with CamScanner

# **ATTACHMENT  - I**

DEFENDANT:  FELIPE, CABRERA SARABIA
FBOP# 55026-424

LETTERS OF RECOMMENDATION FROM FAMILY
MEMBERS & FRIENDS

**ATTACHMENT I-A**
REFERENCE LETTER FROM HIPOLITA MEDINA-BERMUDEZ
WIFE OF DEFENDANT **FELIPE, CABRERA-SARABIA**

The Honorable Sharon Johnson Coleman.

I am writing this letter with the respect you deserve. So that you may know from my life perspective my spouse Felipe Cabrera Sarabia and our family dynamic, with our community and friends.
I can assure you that my partner feels deeply ashamed for the damages caused to the American communities and I ask you for clemency for him who is so much needed by us, his family.

My name is Hipolita Medina Bermudez, I grew up in a large family of 12 siblings in a town called Los Platanos. I met Felipe when I was 10 years old when I visited my older sister Rosario who lived in the community of Vascogil, where Felipe was born. We were both in 4th grade at the time and the inevitable happened, we fell in love at a very young age.

When I was 15 years old, I already had my parents' permission to dance and I met him again at a dance. We danced all night, and he asked me to be his girlfriend, to which I agreed. We had been dating for about a month when we decided to live together as a couple. As was already customary among our people we had our first son Oscar at the age of 16. Felipe was always a responsible man, a good provider at home, the situation was difficult, there was less and less opportunity to generate money as we lived far away from civilization, so we suffered from diseases without access to medicines and sometimes also from hunger, although the animals themselves sometimes helped us through these crises with meat, eggs and milk. What we always had in our house was corn to make tortillas and beans. Then when we were 17 years old, we had our second daughter Maria Cristina and when she was born we were going through an economic crisis so Felipe spent 3 days selling a cow and a horse to be able to travel to the city of Durango so that I could give birth in the General Hospital of the city and to be able to buy a change of clothes for my daughter.

When we came of age Felipe was elected Judge of the town of Vascogil, Durango, Mx. He always took care of everyone, from the youngest to the oldest. He always dreamed of giving us all a dignified life, especially his children. He began to get close to the people of the Metates mine, which was very close to where we lived, the first thing he looked for was better conditions for the children, looking for an integral education, access to medicines, since there had just been an outbreak of measles that sickened Oscar and many people in the town. People always took refuge in him to ask for help with the miners because the relationship he had with them was very good, he was always looking for a way to relate with people, I told him it was a gift he had because most of us were very shy with the city people who visited our place.

Then at the age of 20 my third daughter Carolina was born, the economic conditions were still the same, but we were always happy with what we had and I had total confidence in Felipe, I did not worry about money because I knew that somehow or another he would always find a way to get ahead. Three years passed after Carolina's birth when he decided to take us off the ranch so that his children could have other opportunities, which we never had, he always told me "I want the best for my children, I want them to study and not have to live like we do" I suffered for having to leave my community and my nest, but I took the journey with him because as a couple we have always supported each other.

**ATTACHMENT I-A**

Our life was a routine of work, the children in school and me with the responsibilities of the house. Felipe was doing better and better in the production and sale of cattle until one day after 5 years we were able to get a house and my youngest son Luis Felipe was born.  In our house there was always movement, it never sounded empty, several people from the ranch visited us frequently, some to visit the doctor for a routine checkup and others simply on vacation in the city, we were always a welcoming family with others, several people lived for indefinite periods of time with us, we all helped each other with the expenses; people felt confident and cared for in our house.

There are many anecdotes that I could tell you about my partner, but I decided to choose those that touched my heart and have always remained in my memory. A few years ago, one of my nephews died of lung cancer, Felipe was his spoiled godfather and between the two of them there was a bond full of love and affection, my nephew liked to ask Felipe for advice because the father he had was an alcoholic and he could never have a conversation with him. He spent 6 months with the disease, and I know that there was nothing that Javier my nephew had not asked for or needed that Felipe, among his possibilities, had not fulfilled or saw the way to get it, he was always there with him supporting him in his agony, those are things that in my family have never been forgotten.

In the most complicated moments, he has been there to support us as much as I am his strength, he is mine. In my relationship with him we have never lacked love, that is something that has kept us together all these years of separation. I made the decision to never leave him alone, just as he never left me or mine.

Felipe is altruistic by nature; he has always sought to help people. He has impacted many lives in a positive and loving way. When he was arrested by the Mexican government, we went through all kinds of crises from emotional to economic, but none of that has been an impediment for us to continue with our lives, he in his own way has always been looking out for all of us, making sure that emotions do not control our daily lives, he taught us to face the facts with dignity and to lift our faces in spite of the sadness. He is a strong man, who despite adversity has known how to handle it with emotional intelligence. It has been a long road with ups and downs, but togetherness has always been our strength.

I had to see him suffer a lot in the different prisons where he was, and we suffered as much as he did. The treatment and the food were terrible, we lived with the anxiety of whether he was going to be well on the next visit or if he would fall ill.  Or if he was going to get out of it because the medical services were of very poor quality. There were sleepless nights and anguish, but every visit was worth it, every 8 days we would take a trip to see him and be together. I know about the days of confession in the privacy of the visit where we would talk about how much it hurt to be separated, that was the only place where we could express ourselves, cry and open our hearts. We were always grateful to be reunited one more time.

I miss him every single day, there is no place or space where I don't miss him. He is part of my life, now that I have been away from him for so long and without being able to see him, I dream of the realization of that meeting, which I hope will be soon. We are ready to welcome him home and take advantage of every second that life allows us to continue sharing.

**ATTACHMENT I-A**

With this small summary of what our life is I ask you to consider these letters and that through them you can know a little more about Felipe, I know he is not a saint, I know he has not always done things right, but he has a giant heart and will always be willing to improve as a person for the greater good of all and himself.

Your Honor I ask your forgiveness for the wrongs he has done to the community of the United States and give him a second chance to return to us and his family.

May God bless you and your family,

Sincerely

*Hipolita Medina Bermudez*

Hipolita Medina Bermudez

**ATTACHMENT I-A  (SPANISH)**
REFERENCE LETTER FROM HIPOLITA MEDINA-BERMUDEZ
WIFE OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Su honorable Señoría Sharon Johnson Coleman.

Le escribo esta carta con el respeto que usted se merece. Para que conozca desde mi perspectiva de vida a mi cónyuge Felipe Cabrera Sarabia y a nuestra dinámica de familia, con nuestra comunidad y amigos.

Puedo asegurar que mi pareja se siente profundamente avergonzado por los daños causados a las comunidades estadounidenses le pido clemencia por él que tanta falta nos hace a nosotros su familia.

Mi nombre es Hipólita Medina Bermúdez crecí en una familia numerosa compuesta por 12 hermanos en un poblado llamado los plátanos. Conocí a Felipe cuando yo tenía 10 años al visitar a mi hermana mayor Rosario que vivía en la comunidad de Vascogil, lugar donde nació Felipe. Los dos estábamos cursando para ese entonces 4to de primaria y ocurrió lo inevitable nos enamoramos desde muy pequeños.

A los 15 años yo ya tenía el permiso de mis padres para bailar y me reencontré con él en un baile. Bailamos toda la noche y me pidió que fuera su novia a lo cual accedí paso alrededor de 1 mes de relación para cuando decidimos vivir en unión libre. Como era ya costumbre entre nuestra gente tuvimos a nuestro primer hijo Osear a la edad de 16 años. Felipe siempre fue un hombre responsable, buen proveedor de casa, la situación era difícil, cada vez había menos oportunidad de generar dinero ya que vivíamos muy apartados de la civilización así que sufríamos de enfermedades sin poder acceder a medicamentos y a veces también de hambre, aunque los mismos animales a veces nos ayudaban a pasar esas crisis con carne, huevos y leche. Lo que siempre hubo en nuestra casa fue el maíz para hacer tortillas y el frijol. Luego a los 17 años procreamos a nuestra segunda hija María Cristina en su nacimiento estábamos pasando por una crisis económica así que Felipe paso 3 días vendiendo una vaca y un caballo para poder viajar a la ciudad de Durango para que yo pudiera dar a luz en el Hospital General de la ciudad y poder comprarle un cambio de ropa a mi hija.

Al cumplir nuestra mayoría de edad eligieron a Felipe como Juez del pueblo Vascogil, Durango, Mx. Ya que siempre cuidaba de todos, se preocupaba desde el más pequeño hasta el más grande. Siempre soñaba con darnos una vida digna a todos sobre todo a sus hijos allí empezó a tener acercamiento con la gente de la mina de metates que estaba muy cercana de dónde vivíamos lo primero que busco fue mejores condiciones para los niños buscando una educación integral, acceso a medicamentos ya que acaba de pasar un brote de sarampión en donde enfermo a Oscar y mucha gente del poblado, hizo cuanto pudo para sacarnos a todos del rancho y poder llevarnos al hospital pidiendo ayuda a los aviones comerciales (taxis aéreos) con el traslado. La gente siempre se refugiaba en el para pedir un apoyo con los mineros ya que la relación que tenía con ellos era muy buena,

siempre buscaba la forma de relacionarse con las personas yo le decía que era un don que tenía porque la mayoría de nosotros éramos muy vergonzosos con los citadinos que visitaban nuestro lugar.

Después a los 20 años nació Carolina mi tercera hija las condiciones económicamente hablando seguían siendo las mismas, pero siempre fuimos felices con lo que teníamos y yo tenía la total confianza en Felipe, no me preocupaba por el dinero porque sabía que el de alguna u otra manera siempre encontraría la forma de salir adelante. Pasaron tres años después del nacimiento de Carolina cuando decidió sacarnos del rancho para que sus hijos pudieran tener otras oportunidades, las cuales nosotros nunca tuvimos siempre me decía "quiero lo mejor para mis hijos, quiero que estudien y no tengan que vivir como vivimos nosotros" yo sufría por tener que dejar mi comunidad y mi nido, pero emprendí el viaje con él por que como pareja siempre nos hemos apoyado.

Nuestra vida era una rutina de trabajo, los niños en la escuela y yo con las responsabilidades de la casa. A Felipe cada vez le iba mejor en la producción y venta de ganado hasta que un día después de 5 años pudimos conseguir una casa y nació mi hijo menor Luis Felipe. En nuestra casa siempre había movimiento nunca se escuchaba vacía varias personas del rancho nos visitaban con frecuencia, algunos a visitar al doctor a una revisión de rutina y otras simplemente de vacaciones en la ciudad, siempre fuimos una familia acogedora con los demás varías personas vivieron por tiempos indefinidos con nosotros entre todos nos ayudábamos con los gastos; La gente se sentía en confianza y cuidada en nuestra casa.

Hay muchas anécdotas que pudiera redactarle acerca de mi pareja, pero decidí elegir aquellas que tocaron mi corazón y siempre han quedado guardadas en mi memoria. Hace ya algunos años que uno de mis sobrinos falleció de cáncer en los pulmones, Felipe era su padrino consentido entre ellos dos existía un vínculo lleno de amor y cariño a mi sobrino le gustaba pedirle consejos a Felipe por que el papá que él tenía era alcohólico y nunca pudo sostener una plática con él. Paso 6 meses con la enfermedad y me consta que no hubo cosa que Javier mi sobrino no hubiera pedido o necesitado que Felipe entre sus posibilidades no le hubiera cumplido o veía la forma de conseguirlo siempre estuvo allí con el sosteniéndolo en su agonía, esas son cosas que en mi familia jamás se han olvidado.

En los momentos más complicados él ha estado presente para apoyarnos tanto como yo soy su fortaleza él es la mía. En mi relación con él nunca nos ha faltado el amor eso es algo que nos ha mantenido unidos todos estos años de separación. Tome la decisión de nunca dejarlo solo, así como él nunca me dejo a mí ni a los míos.

Felipe es altruista por naturaleza, siempre ha buscado ayudar a las personas. Ha impactado muchas vidas de manera positiva y con amor. Cuando fue detenido por el gobierno mexicano, pasamos crisis de todo tipo desde emocionales hasta económicas,

pero nada de eso ha sido impedimento para que continuemos con nuestras vidas, él a su manera siempre ha estado al pendiente de todos nosotros, pendiente de que las emociones no controlaran nuestro día a día nos enseñó a enfrentar los hechos con dignidad y a levantar la cara pese la tristeza. Es un hombre fuerte, que a pesar de las adversidades ha sabido como manejarlo con inteligencia emocional. Ha sido un largo camino con altibajos, pero la unión siempre ha sido nuestra fuerza.

Me toco verlo sufrir mucho en los diferentes penales en dónde estuvo y al igual que él sufríamos nosotros también. El trato y la comida era pésima, vivíamos con la zozobra de sí iba a estar bien en la siguiente visita o de si caía enfermo de si la iba a librar por que los servicios médicos eran de muy mala calidad. Había noches de mucho desvelo y angustia, pero cada visita valía la pena cada 8 días emprendíamos un viaje para poder verlo y estar juntos. Se por los días de confesión en la privacidad de la visita en dónde hablábamos de lo que nos dolía estar separados allí era el único lugar donde nos expresábamos, llorábamos y abríamos nuestros corazones. Siempre agradecíamos poder estar reunidos una vez más.

Lo extraño cada uno de mis días, no hay lugar o espacio en dónde no me haga falta. Es parte de mi vida, ahora que tengo tanto tiempo alejada de él y sin poder verlo sueño con la realización de ese encuentro que espero sea pronto. Estamos listos para recibirlo en casa y aprovechar cada segundo que la vida nos deje seguir compartiendo.

Con este pequeño resumen de lo que es nuestra vida le pido que considere estas letras y que a través de ellas pueda conocer un poco más de Felipe, sé que no es un santo, sé que no siempre ha hecho las cosas bien, pero tiene un corazón gigante y siempre estará dispuesto a mejorar como persona para el mayor bien de todos y de él mismo.

Su señoría le pido perdón por las faltas que el haya cometido a la comunidad de Estados Unidos y le brinde una segunda oportunidad de regresar con nosotros su familia.

Que dios la bendiga a usted y su familia,

Atentamente

*Hipólita Medina Bermúdez*

Hipólita Medina Bermúdez

**ATTACHMENT I - B**
REFERENCE LETTER FROM OSCAR, CABRERA-MEDINA
SON OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Your Honorable Sharon Johnson Coleman.

I ask for your mercy and please read this letter which describes the experience that we as children have had at my father's side, I am aware that his behavior has not been the best, but I am addressing you with the respect you deserve to ask you to read this letter in where I describe to you who my father is to me and to beg you to have mercy on him.

My name is Oscar Cabrera Medina, the first son of Felipe and Hipolita, I am 35 years old. I was only 24 years old when my father was imprisoned. I consider him a very hardworking and organized person. I know how much he loves his cattle and how he took care of them, since I was a child my dad loved to take me riding and since then I took a liking to horses and cattle is something that I am passionate about, dad always told me about the combination of breeds so that the cattle would come out finer when they procreated, his advice about the business I have always carried in my mind and heart have been my guide in all these years that he has not been with me.

One of the most precious gifts I have from my father were the cattle breeding books he left me and some cattle that I developed over time to take the course of cattle breeding, I am still not the best rancher, but I am one that because of his father's advice has known how to make wise decisions. Being in that place, seeing the animals grow reminds me of him and of the times I experimented with him when I was very young. He is a very important man in my life, a good advisor, a good friend.

Some years ago, I was diagnosed with epilepsy when I had my first seizure, my dad was not with us. I was visiting my mom when I experienced my first epileptic seizure, they tell me that they called him and he arrived very quickly as any father who takes care of his children, he acted with a capacity of response that we had never seen before and in a matter of minutes I was already in the hospital. He has always taken care of us with patience and taught us with love. My dad always took the time to talk to me about those issues that overwhelmed me, and I always returned home not with my life resolved, but with a lot of courage to continue living.

My father's arrest marked me for life, and I promised to always act with judgment to never have to go through that, besides I love my father I also admire his fortitude and strength. I am proud to be his son and I am proud to say that I was raised by an excellent human being, with integrity and a unique heart. He has been away from us for years living an inhuman life full of bad experiences and yet he smiles, smiles at life and smiles at us all the time. That has always encouraged me to move forward, to see life differently.

Your Honor, I am the father of three children, 2 girls and 1 boy, my dad knows my daughters a little, but he still does not have the joy of knowing my son, I wish he was here with us so he could see them grow up and tell them the stories I tell them in person. I try to keep his image always alive, but there are things that living together gives us every day and it is the bond and the connection that we can create with our loved ones through laughter and hugs, they always ask me when their dad Felipe is coming back.

**ATTACHMENT I - B**

I ask you to have mercy and consider his return, I pray that you forgive him for all the damage he has caused to the community in the United States, and I pray that you give him the opportunity to return to his wife. My Mom loves him and suffers greatly without him, as do I and my siblings.

God bless you and your family.

Sincerely yours,

*Oscar Cabrera Medina*
Oscar Cabrera Medina

**ATTACHMENT I - B  (SPANISH)**
REFERENCE LETTER FROM OSCAR, CABRERA-MEDINA
SON OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Su honorable Señoría Sharon Johnson Coleman.

Le pido clemencia y por favor lea esta carta que redacta la vivencia que como hijos hemos tenido al lado de mi padre, estoy consciente que su comportamiento no ha sido el mejor, pero Me dirijo a usted con el respeto que se merece para pedirle que lea esta carta en donde le describo quien es mi padre para mí y para rogarle que tenga misericordia con él.

Mi nombre es Oscar Cabrera Medina, el primer hijo de Felipe e Hipolita, tengo 35 años. Yo tenía apenas 24 años cuando mi papá fue encarcelado. Lo considero una persona muy trabajadora y organizada. Se cuanto ama a su ganado y como los cuidaba, desde que yo era niño mi papá amaba llevarme a montar desde entonces les tome el gusto a los caballos y al ganado es algo que me apasiona papá siempre me platicaba sobre la combinación de razas para que el ganado saliera más fino cuando procreaban, sus consejos sobre el negocio los he llevado siempre en mi mente y corazón han sido mi guía en todos estos años que no ha estado conmigo.

Uno de los regalos más preciados que tengo de papá fueron los libros de ganadería que me dejo y algunas crías de ganado que con el tiempo fui desarrollando para tomar el rumbo de la ganadería, aún no soy el mejor ganadero, pero si uno que por los consejos de su padre ha sabido tomar decisiones sabias. Estar en ese lugar, ver crecer a los animales me recuerda a él y a las épocas que desde muy pequeño experimente con él. Es un hombre muy importante en mi vida, un buen consejero, un buen amigo.

Hace algunos años me detectaron epilepsia cuando sufrí la primera crisis mi papá no se encontraba con nosotros. Estaba yo de visita con mi mamá cuando experimente el primer ataque epiléptico, me platican que le llamaron y llego muy rápido como cualquier padre que cuida de sus hijos actuó con una capacidad de respuesta que jamás habíamos visto y en cuestión de minutos yo ya estaba en el hospital. Siempre nos ha cuidado con paciencia y nos ha enseñado con amor. Mi papá siempre me dedico tiempo para platicar sobre aquellos temas que me abrumaban y siempre regresaba a casa no con la vida resuelta, pero si con muchos ánimos para seguir viviendo.

La detención de mi papá me marco de por vida y prometí siempre actuar con juicio para jamás tener que pasar por eso, además de que amo a mi padre también admiro su entereza y fortaleza. Me siento orgulloso de ser su hijo y tengo el orgullo de decir que fui criado por un excelente ser humano, integro y con un corazón único. Lleva años fuera de nosotros viviendo un vida inhumana y llena de experiencias malas y aun así sonríe, le sonríe a la vida y nos sonríe a nosotros todo el tiempo. Eso siempre me ha animado a seguir a delante, a ver la vida diferente.

Su señoría soy papá de tres hijos, 2 niñas y 1 niño mi papá conoce poco a mis hijas, pero aún no tiene la dicha de conocer a mi hijo, deseo que el este aquí con nosotros para que pueda verlos crecer y que las historias que les cuento a ellos se las platique el en persona. Yo trato de mantener su imagen siempre viva, pero hay cosas que la convivencia nos regala todos los días y es el vínculo y la conexión que podemos crear con los nuestros a través de las risas y los abrazos, siempre me preguntan que cuando va a regresar su papá Felipe.

Le pido que tenga misericordia y que considere su regreso, le ruego que lo perdone por todo el daño que haya causado a la comunidad de Estados Unidos y pido por que le brinde la oportunidad de regresar con su esposa. Mi Mamá lo ama y sufre mucho sin él, al igual que yo y mis hermanos.

Que dios la bendiga a usted y a su familia

Atentamente,

*Oscar Cabrera Medina*

Oscar Cabrera Medina

**ATTACHMENT I - C**
REFERENCE LETTER FROM CAROLINA, CABRERA-MEDINA
DAUGHTER OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Your Honorable Sharon Johnson Coleman.

Wishing you well, I am writing this letter to ask you to have mercy on my father and allow him to return home soon.

My name is Carolina Cabrera Medina, I am the third daughter of the union of Felipe and Hipolita. I am 30 years old, and I have a master's degree in Business Administration and Finance. Dad has always given us magical moments. I remember when it snowed in Durango, I was about 8 years old, we lived in a small house but the fact of being at home and not at school cooped up with mom and dad intensified the sense of emotion, there was a lot of hot chocolate, snow monkeys, fireplace, dinners, and laughter. I write it down and think about how much I love my family.

Dad has taught me to always help others if they need it, to work hard to get what you want, to be conscientious and to know that even when I make a bad decision there will always be my family to back me up. We grew up in a home full of love and fun, we were raised the old-fashioned way and I love to remember those times. Dad is very playful when we had to be scolded for some mischief he would always turn to mom, and we would laugh so hard at him. He is a lovely and affectionate man, he likes to see us, his children, and grandchildren, happy. When we went to the prison in Guadalajara to see him, he even had some visits from his grandchildren, he always did things for his grandchildren to remember him despite the distance.

His love is infinite, we have been waiting for him for a long time. But time has been wise and healing, it has helped us to strengthen our family ties. It impresses me how his name never stops ringing in our home, in the homes of our friends and family.

I know that all the sacrifices he has made has always been for us, he always reminds us that we must live with dignity, that studying and working is the most powerful tool to have a life worth living.

I believe in second chances, that is why today I find myself asking for a second chance for him, for him to come back home, so that the Christmas table is full and not empty. My dad has taught me that no matter what, you can always be a better person if you decide to change your course.

He loves family get-togethers; at Christmas my house was always the meeting point. I can say that he likes to help others without expecting to receive something in return, especially when it comes to the evolution and development of a person, like the children of the ranch, he always worried about them having studies and not remain stagnant. I have a memory of when I was studying English and we would go to the ranch to visit, and he would ask me to go to the school to give English lessons to the children.

I am a reader at heart, I have read around 300 books in my life, my first book was bought for me by my father when I was 8 years old and since then I have never stopped reading. Every Sunday we would go to mass and from there to a restaurant called VIPS. After finishing the food, he would take a bill out of his pocket and hand it to me and I would immediately go to

**ATTACHMENT I - C**

the restaurant's bookstore to buy a book. He was always excited to see me reading, to know that I like to study, I remember a phrase of his that said, "young people who study enjoy life more and have more fun with anything".

Now that I know that he reads, and that his expressions, advice, and dialogue with us has changed, I am sure that there is no turning back and I know that the father I had has evolved to be a different person, to make different decisions, to change the course of his life and choose to live a healthy life.

I am excited to think that he will be at my wedding, I would not want a luxurious wedding, just one full of love, surrounded by nature and clean air. I would like Dad to be there.

He has asked us to go to therapy with good psychologists so we don't carry the weight of anything and can continue to live and enjoy every second of our lives even when he is not here to fill the gap. I feel that we have strong foundations and that as a family we have evolved to be a better version of ourselves.

With Dad at home, we lack nothing.

I ask his forgiveness for all the damage he may have caused to the communities of America. Have mercy on him and give us the opportunity to be together again.

I bid you farewell with the respect you deserve.

Sincerely

*Carolina Cabrera Medina*

Carolina Cabrera Medina

**ATTACHMENT I - C  (SPANISH)**
REFERENCE LETTER FROM CAROLINA, CABRERA-MEDINA
DAUGHTER OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Su honorable Señoría Sharon Johnson Coleman.

Deseando que se encuentre bien, me dirijo a usted por medio de esta carta para pedirle tenga misericordia de mi padre y le permita regresar pronto a casa.

Mi nombre es Carolina Cabrera Medina, soy la tercera hija de la unión de Felipe e Hipólita. Tengo 30 años y soy Maestra en Administración y Finanzas para Empresas. Papá siempre nos ha regalado momentos mágicos. Recuerdo cuando nevó en Durango yo tendría alrededor de 8 años, vivíamos en una casa pequeña pero el hecho de estar en casa y no en la escuela encerrados con papá y mamá intensifico el sentido de la emoción, hubo mucho chocolate caliente, monos de nieve, chimenea, cenas y risas. Lo escribo y pienso en que amo demasiado a mi familia.

Papá me ha enseñado a siempre ayudar a los demás si lo necesitan, a trabajar duro para conseguir lo que se quiere, a ser consciente y a saber que aun cuando tome una mala decisión siempre estará mi familia para respaldarme. Crecimos en un hogar lleno de amor y diversión, se nos educó a la antigua y como me gusta recordar esos tiempos. Papá es muy juguetón cuando había que regañarnos por alguna travesura siempre recurría a mamá y nos reíamos tanto de él. Es un hombre adorable y cariñoso, le gusta mucho vernos felices a sus hijos y nietos. Cuando íbamos al penal de Guadalajara a verlo, llego a tener algunas visitas de sus nietos, siempre hacía cosas para que sus nietos lo siguieran recordando a pesar de la distancia.

Su amor es infinito, tenemos mucho tiempo esperándolo. Pero el tiempo ha sido sabio y sanador, nos ha ayudado a fortalecer nuestros lazos familiares. Me impresiona como es que su nombre nunca deja de sonar en nuestra casa, en la de nuestros amigos y familia.

Se que todo el sacrificio que ha hecho siempre ha sido por y para nosotros, siempre nos recuerda que hay que vivir con dignidad, que estudiar y trabajar es la herramienta más poderosa para tener una vida que valga la pena vivirla.

Creo en las segundas oportunidades, por eso hoy me encuentro pidiéndole una segunda oportunidad para él, para que regrese a casa, para que la mesa de navidad este llena y no vacía. Mi papá me ha enseñado que no importa que pase, siempre se puede ser mejor persona si uno decide cambiar el rumbo.

Él ama las convivencias familiares, en navidad mi casa siempre era el punto de encuentro. había comida y regalos en abundancia. Puedo decir que le gusta ayudar a los demás sin esperar a recibir algo a cambio, sobre todo cuando se trata a la evolución y desarrollo de una persona, como los niños del rancho, siempre se preocupó por que tuvieran estudios y no se quedaran estancados. Tengo un recuerdo de cuando yo estudiaba inglés e íbamos al rancho de visita me pedía que fuera a la escuela a darles lecciones de inglés a los niños.

Soy lectora de corazón he leído alrededor de 300 libros en toda mi vida, mi primer libro me lo compro papá cuando tenía 8 años y desde entonces jamás solté la lectura. Cada Domingo íbamos a misa y de allí a un restaurante que se llama VIPS. Después de terminar con los alimentos sacaba un billete del bolsillo y me lo entregaba y yo inmediato iba a la librería del restaurante para comprarme un libro. Siempre le emociono la idea de verme leer, de saber

que me gusta estudiar, recuerdo una frase del el que decía "los jóvenes que estudian disfrutan más la vida y se divierten más de cualquier cosa".

Ahora que sé que lee, y que sus expresiones, consejos y diálogo con nosotros ha cambiado tengo la seguridad de que ya no hay vuelta atrás y sé que el papá que yo tenía ha evolucionado para ser una persona distinta, para tomar decisiones distintas, para cambiar el rumbo de su vida y elegir vivir sano.

Me hace ilusión pensar que estará en mi boda, no quisiera una boda lujosa, solo una llena de mucho amor, estar rodeado de naturaleza y aire limpio. Quisiera que papá este allí.

Nos ha pedido que acudamos a terapia con buenos psicólogos para no cargar con el peso de nada y podamos seguir viviendo y disfrutando cada segundo de nuestras vidas aun cuando no este él aquí para llenar el hueco. Yo siento que tenemos bases fuertes y que como familia hemos evolucionado para ser una mejor versión de nosotros.

Con papá en casa nada nos falta.

Le pido perdón por todo el daño que pudo haber causado a las comunidades de Estados Unidos. Tenga misericordia de él y bríndenos la oportunidad de estar juntos de nuevo.

Me despido con el respeto que usted se merece.

Atentamente

*Carolina Cabrera Medina*

Carolina Cabrera Medina

**ATTACHMENT I - D**
REFERENCE LETTER FROM LUIS FELIPE, CABRERA-MEDINA
SON OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Your Honor Sharon Johnson Coleman.

I ask for your clemency and please read this letter in which I describe to you the relationship I have with my father Felipe Cabrera Sarabia, who without a doubt I know has not been on his best behavior, but for me it is important for you to have another perspective of him.

My name is Luis Felipe Cabrera Medina, I am 25 years old. I have a degree in Business Administration, and I am the youngest of 4 children. This letter I am writing today is mostly for my father, the man who has been my example since I was a child. For as long as I can remember he has always been a person of a peaceful and reasonable character, at home teaming up with my mother he knew the right way to educate me and my siblings based on honest work, the value and cost of things. He has always handled very clear dialogues with us, speaking to us in the clearest and most direct way possible.

I remember my father in the mornings while my mother was cooking breakfast for us, talking about what the day had in store for him at the ranch, the problems that sometimes he would have with the cattle or with some work machine, but even though problems could arise, he always mentioned that everything should be seen with good eyes, he was always positive in the face of adversity.

One of the things that my father left a strong impression on me was his conviction, effort, and dedication to his work. I have always perceived him as a person with a lot of empathy for the people around him. I remember that when someone on the ranch had an illness or problem, he would look for a way to help them if it was in his hands. His reaction was always quick and noble, but above all selfless. I always saw on his face an expression of satisfaction in helping people in need.

I have memories of him talking about how he wanted the people who lived on the ranch to have better opportunities and services available to them, he looked for ways to reach them all. In fact, today the church on the ranch is still standing and cared for thanks to him, because for the people of the community of Vascogil, religion and faith are a support in their lives. My dad taught me to live together and have a friendly and trustworthy relationship with my family, he united us and made us understand that if we were united everything would always work out well.

I remember that on Sundays we would get up early as a family to clean the garden and wash the car, the house and the garage, then we would go to church and after we left, we would go out to eat. For my dad the meaning of the union is very important but the most important of all is the love for your family.

**ATTACHMENT I - D**

I am a father of 3 daughters and now I understand what it is to feel so much love for someone, now I can understand my dad and the love he has always shown us. I hope that my daughters can live with him and that even though he has already missed some stages we know how to enjoy the ones to come as a family.  I am not saying that my father is a saint, but he is a good man. I asked you to give him the opportunity to return home soon, with his family. I also ask you to forgive him for all the harm he has caused to the U.S. community with the wrongs he has done.

God bless you and your family.

*Luis Felipe Cabrera Medina*

Luis Felipe Cabrera Medina

**ATTACHMENT I - D  (SPANISH)**
REFERENCE LETTER FROM LUIS FELIPE, CABRERA-MEDINA
SON OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Su honorable Señoría Sharon Johnson Coleman.

Le pido clemencia y por favor que lea esta carta en dónde le describo cuál era la relación que yo tengo con mi padre Felipe Cabrera Sarabia, que sin duda sé que no ha tenido el mejor comportamiento, pero para mí es importante que usted pueda tener otra perspectiva de él.

Mi nombre es Luis Felipe Cabrera Medina, tengo la edad de 25 años. Soy Licenciado en Administración de Empresas y soy el menor de los 4 hijos. Esta carta que escribo hoy es más que nada por mi padre, el hombre que desde pequeño ha sido mi ejemplo. Desde que tengo memoria siempre ha sido una persona de un carácter pacífico y razonable, dentro de casa haciendo equipo con mi mamá él supo la manera indicada de educarnos a mí y a mis hermanos en base al trabajo honesto, el valor y costo de las cosas. Siempre ha manejado diálogos muy claros con nosotros hablándonos de la manera más clara y directa posible.

Recuerdo a mi padre por las mañanas mientras mi madre nos cocinaba el desayuno, hablar sobre lo que durante el día a él le esperaba en el rancho, los problemas que algunas veces a él se le llegaban a presentar con el ganado o con alguna máquina de trabajo, pero a pesar de que los problemas pudiesen presentarse el siempre mencionaba que todo se debía de ver con buenos ojos, siempre fue positivo ante la adversidad.

Una de las cosas que mi padre me ha dejado muy marcadas fue su convicción, esfuerzo y entrega en su trabajo. Siempre lo he percibido como una persona con mucha empatía con las personas que lo rodeaban. Recuerdo que cuando alguien del rancho tenía alguna enfermedad o problema él buscaba la manera de ayudarles si en sus manos estaba. Su reacción siempre fue rápida y noble, pero sobre todo desinteresada. Siempre vi en su cara una expresión de satisfacción al ayudar a las personas que lo necesitaban.

Tengo recuerdos de él hablando de como quería que la gente que vivía en el rancho pudiera tener mejores oportunidades y servicios al alcance, buscaba mucho la manera de que todo eso pudiera llegar hasta todos ellos. De hecho, hoy en día la iglesia del rancho está en pie y cuidada gracias a él, ya que para la gente de la comunidad de Vascogil la religión y la fe son un apoyo en sus vidas. Mi papá me enseñó a convivir y llevar una relación amigable y fiable con mi familia, él nos unió y nos hizo entender, que estando unidos siempre todo saldría bien.

Me acuerdo de que los Domingos nos levantábamos temprano en familia a limpiar el jardín de la casa y lavábamos la cochera, después íbamos a la iglesia y saliendo nos íbamos a comer. Para mi papá el significado de la unión es muy importante pero el más importante de todos es el amor hacia tu familia.

Yo soy papá de 3 hijas y ahora comprendo lo que es sentir tanto amor por alguien, ahora puedo comprender a mi papá y el amor que siempre nos ha demostrado. Deseo que mis hijas puedan convivir con él y que, aunque ya se haya perdido algunas etapas sepamos disfrutar las que vienen en familia.

No estoy diciendo que mi padre es un santo, pero es un buen hombre. Le pido que le brinde la oportunidad de regresar pronto a su casa, con su familia. También que perdone todo el daño que el haya causado a la comunidad de Estados Unidos con las faltas que cometió.

Reciba saludos de mi parte, dios la bendiga a usted y su familia.

*Luis Felipe Cabrera Medina*

Luis Felipe Cabrera medina

**ATTACHMENT I - E**
REFERENCE LETTER FROM MARIA CRISTINA CABRERA-MEDINA
DAUGHTER OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Your honorable Sharon Johnson Coleman.

I ask for your clemency and please read this letter, which tells a little of the experience that as children we have had at my father's side, I am aware that his behavior has not been the best, but I would like to write a little of my experience and that of the whole family at Felipe Cabrera's side.

My name is María Cristina Cabrera Medina, I have a degree in public accounting, and I am the daughter of Mr. Felipe Cabrera Sarabia and Mrs. Hipólita Medina, who was the second child born to the marriage.

When I was little, I remember going to kindergarten in the community, but I didn't finish it because my father decided to take his family to the city so that they could have a better life, therefore I went to elementary school, going back to those moments of kindergarten, I remember perfectly a father very concerned about the education of his children always encouraging with words that to this day at my 35 years of life continue to resonate in my head again and again, my father has made me feel a valuable, intelligent, loved person, who can overcome all adversities.

My favorite vacations were always the trips to my father's birthplace, it was the happiest moment for me, my siblings were also flooded with happiness, we would go in his truck, I don't remember the color, but when we were on the road it was the most exciting thing because passing the town of Santiago Papasquiaro there was a small unevenness in the road that made the car jump so high that all of us who were inside the car would jump and feel those little butterflies called in the stomach, it was a fascinating moment, when I saw how much my brothers, mom and I were laughing, he would say to us "do you want more? ? Our answer was yes daddy we want more, with shouts that whipped that van full of happy children and a happy wife, but above all a radiant dad for making his children happy with something so small.

When we arrived at the community, depending on the time of arrival, he would put my brothers and me to distribute the fruit to all the people, it was not much that we delivered, but the fact of doing it was something so nice, even if he did not receive the thanks of some people, he kept doing it.

On two occasions in the city of Durango we had the experience of seeing snow, the first one I do not remember too much, the second time my father was dropping us off at school, when we got out of the car he told us children it is snowing, and shouted "it is snow" we were so excited that we told him do not leave us at school take us to enjoy the day, he saw us and answered "get in the car let's get out of here", when we got home my mother as always told him "there Felipe you fell for it again" he answered "old lady, it is snow let them live", we were so excited that we told him "don't leave us at school take us to enjoy the day": old is snow let them live the experience, my brothers and I have a dad who has let us explore every little thing no matter how small and enjoy the moment.

I have 3 children, he knows them all, the first one named Alina, she was his first granddaughter and therefore the one he spent most time with, she has very nice memories by his side, she was 4 years old when my father was imprisoned, Sergio and Cecilia met him in the prison in Guadalajara, they talk about a very good grandfather but he was a very good grandfather, They talk about a very good grandfather but at the same time a very sad one because of where he is, in therapy they ask Alina who in her family she considers the saddest person, she answers that

**ATTACHMENT I - E**

her grandfather because he has no freedom, but she mentions that he is the most intelligent even being in that place, he always motivates me to get ahead and that makes her amazed.

When it was time to visit we always went with the best smile so as not to raise suspicions and he could not detect that someone was sad, with some emotional problem or any situation, but he always detected those details so much so that he began to motivate us without telling us I have caught them, He has always encouraged study, personal growth, to be better people every day, leaving those visits made me feel empowered and that I could do anything, that is my father, that even being in that place full of shortages he still smiles, he still shines, he still loves, he is strength.

I ask you to forgive my father for his faults committed towards the communities of the United States, please give him a second chance to be with his family that wants him back.

I am pleased to greet you; God bless you and all your family.

Sincerely

*Maria Cristina Cabrera Medina*

Maria Cristina Cabrera Medina

**ATTACHMENT I - E  (SPANISH)**
REFERENCE LETTER FROM MARIA CRISTINA CABRERA-MEDINA
DAUGHTER OF DEFENDANT **FELIPE, CABRERA-SARABIA**

Su señoría Sharon Johnson Coleman.

Le pido clemencia y por favor lea esta carta, la cual cuenta un poco de la experiencia que como hijos hemos tenido al lado de mi padre, estoy consciente que su comportamiento no ha sido el mejor, pero quisiera escribir un poco de mi experiencia y la de toda la familia al lado de Felipe Cabrera.

Mi nombre es María Cristina Cabrera Medina, soy licenciada en contaduría pública e hija del señor Felipe Cabrera Sarabia y de la señora Hipólita Medina, quien fue la segunda hija del matrimonio.

Cuando era pequeña, recuerdo haber ido al kínder de la comunidad, pero no lo terminé porque mi padre decidió llevarse a su familia a la ciudad para que pudieran tener una mejor vida, por lo tanto fui a la primaria, regresando a esos momentos del kínder, recuerdo perfectamente a un padre muy preocupado por la educación de sus hijos siempre alentando con palabras que hasta el día de hoy a mis 35 años de vida siguen resonando en mi cabeza una y otra vez, mi padre me ha hecho sentir una persona valiosa, inteligente, querida, que puede superar todas las adversidades.

Mis vacaciones favoritas siempre fueron los viajes a la casa natal de mi padre, era el momento más feliz para mí, mis hermanos también se inundaban de felicidad, íbamos en su camioneta, no recuerdo el color, pero cuando íbamos en la carretera era lo más emocionante porque pasando el pueblo de Santiago Papasquiaro había un pequeño desnivel en la carretera que hacía que el carro brincara tan alto que todos los que íbamos dentro del carro brincábamos y sentíamos esas mariposas que se llaman en el estómago, era un momento fascinante, cuando veía lo mucho que nos reíamos mis hermanos, mamá y yo, él nos decía "¿quieren más? ? Nuestra respuesta era sí papi queremos más, con gritos que azotaban aquella camioneta llena de niños felices y una esposa feliz, pero sobre todo un papá radiante por hacer felices a sus hijos con algo tan pequeño.

Cuando llegábamos a la comunidad, dependiendo de la hora de llegada, nos ponía a mis hermanos y a mí a repartir la fruta a toda la gente, no era mucho lo que entregábamos, pero el hecho de hacerlo era algo tan bonito, que, aunque no recibiera el agradecimiento de algunas personas, lo seguía haciendo.

En dos ocasiones en la ciudad de Durango tuvimos la experiencia de ver nevar, la primera no la recuerdo mucho, la segunda vez mi padre nos estaba dejando en la escuela, cuando bajamos del coche nos dijo niños está nevando, y gritó "está nevando" estábamos tan emocionados que le dijimos no nos dejes en la escuela llévanos a disfrutar del día, él nos vio y nos contestó "suban al carro vámonos de aquí", cuando llegamos a casa mi madre como siempre le dijo "ya Felipe te la volviste a jugar" el contesto "vieja es nieve déjalos vivir", nosotros tan emocionados le dijimos "no nos dejes en la escuela llévanos a disfrutar el día": vieja es nieve déjalos vivir la experiencia, mis hermanos y yo tenemos un papá que nos ha dejado explorar cada cosita por pequeña que sea y disfrutar el momento.

Tengo 3 hijos, él los conoce a todos, la primera se llama Alina, fue su primera nieta y por lo tanto con la que más tiempo pasó, tiene muy lindos recuerdos a su lado, ella tenía 4 años cuando mi papá fue encarcelado, Sergio y Cecilia lo conocieron en la cárcel de Guadalajara, hablan de un abuelo muy bueno pero fue un abuelo muy bueno, Hablan de un abuelo muy bueno pero a la vez muy triste por el lugar donde se encuentra, en terapia le preguntan a Alina quien de su familia considera la persona más triste, ella responde que su abuelo porque no tiene libertad, pero menciona que es el más inteligente aun estando en ese lugar, siempre me motiva a salir adelante y eso la maravilla.

A la hora de las visitas siempre íbamos con la mejor sonrisa para no levantar sospechas y él no podía detectar que alguien estaba triste, con algún problema emocional o alguna situación, pero él siempre detectaba esos detalles tanto así que empezaba a motivarnos sin decirnos los he captado, Él siempre ha fomentado el estudio, la superación personal, el ser mejores personas cada día, el salir de esas visitas me hacía sentir empoderada y que yo podía hacer cualquier cosa, ese es mi padre, que aun estando en ese lugar lleno de carencias él sigue sonriendo, sigue brillando, sigue amando, él es fortaleza.

Te pido que perdones a mi padre por sus faltas cometidas hacia las comunidades de los Estados Unidos, por favor dale una segunda oportunidad de estar con su familia que lo quiere de vuelta.

Me complace saludarlo, Dios los bendiga a usted y a toda su familia.

Atentamente

*María Cristina Cabrera Medina*

María Cristina Cabrera Medina

**ATTACHMENT I - F**
REFERENCE LETTER FROM MR. ALBERTO CABRERA-RODRIGUEZ
FATHER OF DEFENDANT: **FELIPE CABRERA-SARABIA**

10 February 2023

From: Alberto, Cabrera Rodríguez

To: Felipe, Cabrera Sarabia

It is with great pleasure and affection that I write you these few words to know how your health is, I hope that when you take it in your hands you are well as are my best wishes that from my part, we are well thanks to my father God.

Here I miss you very much, my son, we miss you very much as a family because you have always been an example for all your brothers and for me a very dear son always supporting us and looking after us.

Whenever we were sick you were always looking after everything, I am so looking forward to seeing you my son I hope to God it will be soon, you see I am already old and with the aches and pains of diabetes you see that there is no cure, it can only be controlled. I'm trying to control it a bit but at the same time I'm thinking that God will give me the stamina to be here when you come. How happy I would be if you were here with us and with your family.

You have been away from your family for so many years now, it is time for you to be here with us my son. I pray a lot to my father God and to the most holy Mary to let you come back to your family, because we all need you very much here. So come home, my son, here we are, it gives me great pleasure to greet you, even if it is through this medium because it is not possible to do it in person. But first if God willing, we will soon see each other with the help of my father God.

I send you a big hug, receive greetings from all the family and from me the best regards from those who love you very much and miss you.

Your father,

*Alberto Cabrera R.*

Alberto Cabrera R.

**ATTACHMENT I - F  (SPANISH)**
REFERENCE LETTER FROM MR. ALBERTO CABRERA-RODRIGUEZ
FATHER OF DEFENDANT:  **FELIPE CABRERA-SARABIA**

10 de febrero del 2023

De:   Alberto Cabrera Rodríguez

Para: Felipe Cabrera Sarabia

Con mucho gusto y cariño le escribo estas cuantas letras para saber cómo se encuentra de salud, espero que al tomarla en sus manos se encuentre bien como son mis mejores deseos que de mi parte estamos bien gracias a mi padre dios.

Aquí extrañándolo mucho mijo nos hace mucha falta a toda la familia ya que usted siempre ha sido un ejemplo para todos sus hermanos y para mí un hijo muy querido siempre apoyándonos y al pendiente de nosotros.

Siempre que nos enfermábamos usted estaba al pendiente de todo, tengo tantas ganas de verlo mijo espero en dios sea pronto ya ve que ya estoy mayor y con los achaques de la diabetes ya ve que eso no tiene cura, solo se controla.  Hay trato de controlarla un poco, pero a la vez me pongo a pensar que dios me a de dar resistencia para estar aquí cuando usted venga.   yo le voy a echar ganas para estar bien para cuando usted venga mijo.  Que feliz seria yo que usted estuviera aquí con nosotros con su familia.

Ya son muchos años que está lejos de la familia ya es hora de que esté aquí con nosotros mijo.  Yo le pido mucho a mi padre dios y a maría santísima para que ya lo dejen regresar con su familia, porque nos hace mucha falta a todos aquí.   Ándele pues mijo hay estamos, me da mucho gusto saludarlo, aunque sea por este medio porque en persona no se puede.  Pero primeramente dios pronto nos vamos a ver con la ayuda de mi padre dios.

Le mando un fuerte abrazo reciba saludos de toda la familia y de mi parte los más finos saludos de quien lo quiere muchos y lo extraña.

Su papa,

*Alberto Cabrera R.*

2

**ATTACHMENT I - G**
REFERENCE LETTER FROM GERONIMA, SARABIA-SARABIA
MOTHER OF DEFENDANT **FELIPE, CABRERA-SARABIA**

February 10, 2023

From: Geronima, Sarabia Sarabia

To: Felipe Cabrera Sarabia

With pleasure and affection, I write you these words wishing that when you receive it in your hands you are in good health, as are my best wishes that you are well dear son. I am well thanks to God as far as it fits my son, only this depression that I cannot control. But I can't, son, I miss you too much, I want to see you so much.

I just keep thinking if you are well, if you are sad, if you have eaten well, if you are worried, if you are cold. There is my dear son, I remember the first time I held you in my arms when I saw your first steps when for the first time you called me mama. When will that day be, when we will be together again to talk like before, to come and eat with your mother because you always liked to come and eat with me.

It's been many years away from your family, from the people who love you and we need you because we miss you so much, my son. I only ask my father God to help us and soon you will return home with your family and to give me the strength to endure for when you come my son and so I can give you many hugs and we can all live together as before. You know that I love you very much and I would give anything for you to be back with us soon. Well, my son, may God take care of you and protect you always. I send you a thousand blessings from here many hugs and kisses, receive greetings from all the family especially mine,

I love you very much son. Your mother, **G.S.S.**

1

**ATTACHMENT I - G  (SPANISH)**
REFERENCE LETTER FROM GERONIMA, SARABIA-SARABIA
MOTHER OF DEFENDANT FELIPE, CABRERA-SARABIA

10 de febrero del 2023

De: Geronima, Sarabia Sarabia

Para: Felipe Cabrera Sarabia

Con gusto y cariño le escribo estas estas letras deseando que al recibirla en sus manos se encuentre bien de salud, como son mis mejores deseos que usted este bien hijo querido.  Yo estoy bien gracias a dios en lo que cabe mijo, solo esta depresión que no la puedo controlar.

Pero es que no puedo hijo te extraño demasiado tengo tantas ganas de verte solo paso pensando si estarás bien, si estas triste, si has comido bien, si estas preocupado, si pasas frío.  Hay mijo querido recuerdo la primera vez que te tuve entre mis brazos cuando vi tus primeros pasos cuando por primera vez me dijiste mama.  Cuando será ese día en que estaremos juntos otra vez para platicar como antes, para que venga a comer con su mamá porque usted siempre le gustaba venir a comer conmigo.

Ya son muchos años lejos de tu familia, de las personas que te amamos y te necesitamos porque nos haces mucha falta mijo.  Solo le pido a mi padre dios que nos ayude y pronto regreses a casa con tu familia y que me dé la fortaleza de aguantar para cuando tu vengas mijo y así poder darte muchos abrazos y poder convivir todos juntos como antes.  Usted sabe que lo quiero mucho y daría lo que fuera porque estuvieras pronto de regreso con nosotros.  Bueno mijo que dios me lo cuide y proteja siempre le mando mil bendiciones desde aquí muchos abrazos y besos.  Reciba saludos de toda la familia en especial los míos.

Te quiero mucho hijo, tu mama.  **G.S.S**

**ATTACHMENT I - H**
REFERENCE LETTER FROM LILIANA, CABRERA-SARABIA
SISTER OF DEFENDANT: **FELIPE CABRERA-SARABIA**

February 10, 2023

From: Liliana Cabrera Sarabia

To: Felipe Cabrera Sarabia

It is with pleasure and affection that I write you these words wishing that when you take it in your hands you are in good health. That my best wishes are that you are well, that we are all well thanks to God. Here I miss you very much and I am looking forward to seeing you. You can see that now that he has gone so far away, we can no longer go to see him. But I hope to see you again soon, that's what we pray to God that you come home soon. Because we miss you a lot, brother, and you are very much missed by me and the whole family. I miss you so much, I want you to be here with us.

I want the girls to meet you and they want to meet their uncle. I always tell them about what a good person you are and what a good brother you have been, always affectionate with all of us, kind and caring and always looking out for the whole family and for us you are more than a brother, you are almost like a father. That is why we want to have you here with us so we can all be together like before, after being away from the whole family for so long, it is necessary for you to get to know all your nephews and nieces.

You already have a lot of nephews and nieces that you don't know, and they are already grown up. Now you must come with us, you have been away from the whole family for a long time. Well brother, it gives me pleasure to greet you, even if it is through this medium. Receive greetings from all the family and receive my warmest greetings and many hugs. I love you very much, your sister who loves and esteems you and here sends you many greetings from your nieces who love you.

*Liliana Cabrera*

Liliana Cabrera

**ATTACHMENT I - H  (SPANISH)**
REFERENCE LETTER FROM LILIANA, CABRERA-SARABIA
SISTER OF DEFENDANT:  **FELIPE CABRERA-SARABIA**

10 de febrero del 2023

De: Liliana Cabrera Sarabia

Para: Felipe Cabrera Sarabia

Con gusto y cariño le escribo estas letras deseando que al tomarla en sus manos se encuentre bien de salud.  Que son mis mejores deseos que usted este bien, que nosotros todos estamos bien gracias a dios.  Aquí extrañándolo mucho con muchas ganas de verlo.  Ya ve que ahora que se fue tan lejos, pues ya no podemos ir a verlo.  Pero espero pronto volverlo a ver es lo que más le pedimos a dios que pronto regrese a casa.  Porque se le echa mucho de menos hermano y pues nos hace mucha falta a mí y a toda la familia.  Yo lo extraño demasiado, ya quiero que este aquí con nosotros

Quiero que las niñas lo conozcan y ellas quieren conocer a su tío.  Siempre les platico de usted de lo buena persona que es y del buen hermano que ha sido, siempre cariñoso con todos nosotros, amable bondadoso y siempre al pendiente de toda la familia y que para nosotros es más que hermano es casi un padre.  Por eso ya queremos tenerlo acá con nosotros para estar ya todos juntos como antes que ya después de tanto tiempo de estar lejos de toda la familia pues ya hace falta para que conozca a todos sus sobrinos.

Ya tiene muchos sobrinos que no conoce y pues ya están grandes. Ya tiene que venir con nosotros ya lo tuvieron mucho tiempo legos de toda la familia.  Bueno hermano me da gusto saludarlo, aunque sea por este medio. Reciba saludos de toda la familia y reciba mis más cordiales saludos y muchos abrazos.  Lo quiero mucho su hermana que lo quiere y lo estima Y aquí le mandan muchos saludos sus sobrinas que lo quieren.

*Liliana Cabrera*

Liliana Cabrera

2

**ATTACHMENT I - I**
**REFERENCE LETTER FROM ALMA DELIA, CABRERA-SARABIA**
**SISTER OF DEFENDANT: FELIPE, CABRERA-SARABIA**

February 10, 2023

From: Alma Delia Cabrera Sarabia

To: Felipe Cabrera Sarabia

It is with pleasure and affection that I write you these words wishing that when you take it in your hands you are in good health.  My best wishes are that you are well and that we are all well thanks to God.  Here I miss you very much and I really want to see you, you see that now that you have gone so far away, we can no longer go to see you, but I hope to see you again soon, that is what we pray to God, that you come home soon.

Because we miss you a lot, brother, and you are very much missed by me and the whole family. I miss you so much and I want you to be here with us, I want the girls to know you and they want to know their uncle.

I always tell them about you, what a good person you are and what a good brother you have been, always affectionate with all of us, kind, caring and always looking out for the whole family and for us, more than a brother, you are almost like a father.  That is why we want to have you here with us so we can all be together like before, because after being away from the whole family for so long, it is necessary for you to meet all your nephews and nieces.

You already have many nephews and nieces that you do not know and now they are grown up and you must come with us, they have been taking you from the whole family for a long time.

Well brother, it gives me pleasure to greet you, even if it is through this means, receive greetings from all the family and receive my warmest greetings and many hugs.  I love you very much, your sister who loves and esteems you.

*Alma Delia Cabrera*

Alma Delia Cabrera

**ATTACHMENT I - I  (SPANISH)**
REFERENCE LETTER FROM ALMA DELIA, CABRERA-SARABIA
SISTER OF DEFENDANT: **FELIPE, CABRERA-SARABIA**

10 de febrero del 2023

De: Alma Delia Cabrera Sarabia

Para: Felipe Cabrera Sarabia

Con gusto y cariño le escribo estas letras deseando que al tomarla en sus manos se encuentre bien de salud.  Que son mis mejores deseos que usted este bien que nosotros todos estamos bien gracias a dios.  Aquí extrañándolo mucho con muchas ganas de verlo ya ve que ahora que se fue tan lejos pues ya no podemos ir a verlo, pero espero pronto volverlo a ver es lo que más le pedimos a dios que pronto regrese a casa.

Porque se le echa mucho de menos hermano y pues nos hace mucha falta a mí y a toda la familia.  Yo lo extraño demasiado ya quiero que este aquí con nosotros quiero que las niñas lo conozcan y ellas quieren conocer a su tío siempre les platico de usted, de lo buena persona que es y del buen hermano que ha sido, siempre cariñoso con todos nosotros amable, bondadoso y siempre al pendiente de toda la familia y que para nosotros más que hermano es casi un padre. Por eso ya queremos tenerlo acá con nosotros para estar ya todos juntos como antes que ya después de tanto tiempo de estar lejos de toda la familia pues ya hace falta para que conozca a todos sus sobrinos.

Ya tiene muchos sobrinos que no conoce y pues ya están grandes ya tiene que venir con nosotros, ya lo tuvieron mucho tiempo legos de toda la familia.

Bueno hermano me da gusto saludarlo, aunque sea por este medio reciba saludos de toda la familia y reciba mis más cordiales saludos y muchos abrazos.  Lo quiero mucho su hermana que lo quiere y lo estima.

*Alma Delia Cabreras*

Alma Delia Cabreras

**ATTACHMENT I - J (ENGLISH)**
**REFERENCE LETTER FROM BLANCA ESTELA PEREZ-GURROLA**
**NEIGHBOR OF DEFENDANT: FELIPE, CABRERA-SARABIA**

Your Honor: Sharon Johnson Coleman

I am writing to you with respect, thanking you in advance for your attention to this letter.

My name is Blanca Estela Pérez Gurrola, I am 65 years old, single due to widowhood.

Mr. Felipe Cabrera, Sarabia, arrived with his family to my neighborhood, 26 years ago, there we started a relationship of friendship, later of compadrazgo.

I had the opportunity to see his behavior as a son, brother, husband, and father, being a loving and supportive man for his family, which is very commendable, but could be considered normal behavior.

In my opinion, it speaks more of his noble heart, the testimony of people who have been favored in one way or another, without having blood ties.

In my case, the one who tells me "comadre, take care of yourself, I need you to be well for when I return", who in his situation is going to have room in his mind for a "comadre", probably there is when there is an interest, in my case, it is only the genuine desire to make me feel his interest in my health.

He is a man who does not hesitate to extend his hand to support his fellow man, in different ways, covering the expenses of a funeral, paying for a surgery, supporting with scholarships to young people of scarce resources with the desire to study, of these several have concluded their studies, which without his support would not have been able to obtain a university degree. He is convinced that the way to progress and be a better person is through study.

There was a man named GENARO in his community, Mr. Cabrera supported him with clothes and food, before his arrest. After his arrest, this person lived in inhumane conditions, he lost his sight because of cataracts, the people of the community rejected him because of his lack of hygiene, when my compadre found out, he asked to be taken to a retirement home (private nursing home), paying all his expenses, for four years, unfortunately this person died last February.

Throughout these years in which he has been deprived of his freedom, we have maintained correspondence, I have found that it has left him a great learning experience, to channel his life.

I beg you to see this man with eyes of mercy, the mistakes he made, he has paid for them with more than enough, being so many years away from his family, without attending events, painful as the death of loved ones, and joyful as the arrival of his grandchildren.

We are many people who implore God our Lord for his freedom.

Sincerely yours:

*Blanca Estela Pérez Gurrola*

Blanca Estela Perez Gurrola.

**ATTACHMENT I - J (SPANISH)**
**REFERENCE LETTER FROM BLANCA ESTELA PEREZ-GURROLA**
**NEIGHBOR OF DEFENDANT: FELIPE, CABRERA-SARABIA**

Su Señoría: Sharon Johnson Coleman

Me dirijo a usted con respeto, agradeciendo de antemano la atención que se sirva prestar a la presente.

Mi nombre es Blanca Estela Pérez Gurrola, tengo 65 años, soltera por viudez.

El Sr. Felipe Cabrera Sarabia, llego con su familia a mi vecindario, hace 26 años, ahí iniciamos una relación de amistad, posteriormente de compadrazgo.

Tuve la oportunidad de ver su comportamiento como hijo, hermano, esposo y padre, siendo un hombre amoroso y de gran apoyo para su familia, lo cual es muy loable, pero se podría considerar el comportamiento normal.

A mi entender habla más de su corazón noble, el testimonio de personas que hemos sido favorecidos de una u otra manera, sin tener lazos consanguíneos.

En mi caso, el que me diga "comadre, cuídese, necesito que este bien para cuando yo regrese", quien en su situación va a tener espacio en su mente para una "comadre", probablemente lo haya cuando exista un interés, en mi caso, es únicamente el deseo genuino de hacerme sentir su interés por mi salud. Es un hombre que no duda en extender su mano para apoyar a su prójimo, de diferentes maneras, cubriendo los gastos de un funeral, costeando una cirugía, apoyando con becas a jóvenes de escasos recursos con deseos de estudiar, de estos varios han concluido sus estudios, los cuales sin su apoyo no hubieran podido obtener un título universitario. Es un convencido que la manera de progresar, y ser una mejor persona, es a través del estudio.

Había un Sr. de nombre GENARO en su comunidad, el Sr. Cabrera lo apoyaba con ropa y alimentos, cuando estaba en libertad, después de su detención, esta persona vivió en condiciones inhumanas, perdió la vista a causa de cataratas, las personas de la comunidad lo rechazaban por su nula higiene, al enterarse mi compadre, pidió lo llevaran a una casa de retiro (asilo de ancianos particular), costeando totalmente

sus gastos, durante cuatro años, desafortunadamente esta persona falleció el mes de febrero pasado.

A lo largo de estos arios en que ha estado privado de su libertad, hemos mantenido correspondencia, he constatado que le ha dejado un gran aprendizaje, para encauzar su vida

Le ruego vea a este hombre con ojos de misericordia, los errores que cometió, los ha pagado con creces, al estar tantos arios alejado de su familia, sin asistir a eventos, dolorosos como la muerte de seres queridos, y de alegría como la llegada de sus nietos.

Somos muchas las personas que imploramos a Dios nuestro señor por su libertad.


Atentamente:

*Blanca Estela Pérez Gurrola*

Blanca Estela Perez Gurrola.

# ATTACHMENT - II

DEFENDANT:  FELIPE, CABRERA- SARABIA
FBOP # 55026- 424

LETTERS OF RECOMMENDATION FROM COMPANIES
AND BUSINESS ASSOCIATES

**ATTACHMENT II – A**
REFERENCE LETTER, LIC. OMAR ASCENCION PULIDO FLORES

TORREÓN COAHUILA, FEBRUARY 16, 2023

TO WHOM IT MAY CONCERN:

BY MEANS OF THIS LETTER, I AM EXTENDING MY PERSONAL RECOMMENDATION TO MR. FELIPE CABRERA SARABIA, WHOM I HAVE KNOWN SINCE 1999. THIS PERSON HAS SHOWN TO BE A PERSON OF INTEGRITY, RESPONSIBLE AND HARD WORKER AND I KNOW THAT SINCE THE DATE ON WHICH I MET HIM IN THE CITY OF GOMEZ PALACIO, DGO. AS WELL AS IN THE CAPITAL OF SAID STATE, UNTIL THE YEAR 2005 HE WAS DEDICATED TO CATTLE RAISING, THAT IS TO SAY TO THE FATTENING AND SALE OF BOVINE CATTLE, LIKEWISE I WOULD LIKE TO POINT OUT THAT MR. FELIPE CABRERA SARABIA IS A PERSON WORTHY OF TRUST AND I CAN ASSURE THAT HE IS A PERSON WITH IMPECCABLE ETHICS.

WITHOUT FURTHER ADO, I REITERATE MY MOST SINCERE RECOMMENDATION FOR THE PURPOSES THAT EL SEÑOR FELIPE CABRERA SARABIA CONSIDERS PERTINENT.

ATTENTLY

*ATTORNEY OMAR ASCENCION PULIDO FLORES*

**ATTACHMENT II – B**
REFERENCE LETTER FROM LIC. ALBERTO IDUNATE GUZMAN

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED HAS PERSONALLY KNOWN **MR. FELIPE CABRERA SARABIA** FOR MORE THAN 20 YEARS, SINCE I HAVE HAD PERSONAL DEALINGS WITH HIM AND I KNOW THAT FROM THE YEAR 2000 TO THE YEAR 2005 **MR. CABRERA SARABIA** WAS DEDICATED TO THE LIVESTOCK SECTOR AND I WOULD ALSO LIKE TO STATE THAT MY RECOMMENDED ONE IS AN EXCELLENT PERSON, HARD WORKER AND, IN ADDITION, A GREAT HUMAN BEING; AND TRUST HIM COMPLETELY.

SINCERELY, THE UNDERSIGNED, FEBRUARY 14, 2023.

**ATTACHMENT II C**
REFERENCE LETTER FROM MEXICAN CONSTRUCTION INDUSTRY

## Mexican Chamber of the Construction Industry
## Durango Branch

Victoria de Durango, Durango, Durango, February 09, 2023

**TO WHOM IT MAY CONCERN.**

I hereby take the liberty of recommending **Mr. Felipe Cabrera Sarabia**, with whom I have been working for 14 years and during this time he has demonstrated his integrity, high sense of responsibility, honesty, efficacy, and efficiency in the development of his activities.

Therefore, I have no objection to extending this letter for purposes that may be convenient for the interested party.

Without further ado, I remain at your service.

Sincerely

Architect Raúl, Montelongo Nevárez

PRESIDENT

**ATTACHMENT II D**
REFERENCE LETTER FROM FURNITURE MANUFACTURERS ASSOCIATION

## ASSOCIATION OF FURNITURE MANUFACTURERS ASSOCIATION OF THE STATE OF DURANGO

DURANGO DGO. FEBRUARY 9, 2023

TO WHOM IT MAY CONCERN

PRESENT

We serve this means to greet you affectionately and at the same time, to make of the knowledge that this association manifests to know **Mr. FELIPE CABRERA SARABIA** for approximately 15 years, recommending him as a serious and responsible person, qualities that have been evident in the time that we have known him.

The present is issued at the request of the interested party for the purposes he deems convenient in the City of Durango, Durango. On the 9th day of the month of February of the present year.

Thanking in advance for the intention and support that could be granted, I take my leave reiterating my consideration and affection.

Sincerely

Association of Furniture Manufacturers of Durango AC

Carlos Gutierrez Santiesteban

**ATTACHMENT II E**
REFERENCE LETTER FROM JOSE ANTONIO SAFA BARRAZA

## José Antonio Safa Barraza

Torreon, Coahuila, February 16, 2023

**TO WHOM IT MAY CONCERN**:

I hereby take the liberty of recommending **Mr. Felipe Cabrera Sarabia**, whom I met in 1999 in the city of Gomez Palacio, Durango and had personal dealings with him until 2004, during this time he proved to be an honest, upright, responsible person, a great human being and a hard worker, because of the friendship I had with him, I know that he dedicated himself successfully to the business.

I know from the friendship I had with him that he successfully dedicated himself to cattle raising activity in the modality of commerce and fattening of cattle.

For the above, I extend my personal recommendation to **Mr. Felipe Cabrera Sarabia**, for the purposes that are convenient for him.

Best regards

Jose Antonio Safa Barraza

## ATTACHMENT II - F
### REFERENCE LETTER FROM CRUZ, VILLAREAL-SARAVIA
### MAYOR OF THE MUNICIPALITY OF SAN JUAN DE CAMARONES, DURANGO MX.

**Your Honorable Sharon Johnson Coleman.**

I am writing this letter to you with all the respect you deserve. I ask you to please read this letter so that you may know a little of what life was like for Mr. Felipe Cabrera Sarabia in the community of San Juan de Camarones where he was born and raised. On behalf of all of us who live there. We beg you to have mercy on him.

My name is Cruz Villarreal Saravia. I am the representative of the community of San Juan de Camarones and 7 other towns, all belonging to the municipality of Santiago Papasquiaro, Durango. We are 5 people who form the board of directors, and we represent all the inhabitants of all these towns. I am originally from Vascogil where Mr. Felipe Cabrera Sarabia was born and raised. We all know him well. The stories of this Mr. are as follows:

Felipe Cabrera Sarabia is the eldest son of a family. His parents raised him right. They are well-behaved gentlemen. His father was dedicated to cattle raising and agriculture and his mother was a housewife. He was a very diligent child in school. His parents say that they never struggled with him to go to school. Since he was 8 years old, he oversaw feeding the animals he had in the house. Pigs, chickens, dogs and as he grew older, he took care of the horses and mules and his father's cattle. At the age of 12 he finished his studies and dedicated himself to taking care of the cattle and agriculture.

At the age of 15 he married Mrs. Hipolita Medina, who everyone here in the community knows as his wife. Shortly after they married, the villagers chose him to be a judge. He signed and stamped the invoices for the cattle that were sold, and when someone in town needed to sell a piece of land, he oversaw bringing about a meeting so that all the inhabitants would agree to the sale.

He was one of the people in charge of making agreements with engineers from the mine and the municipality so that the road would be built for us to the town of Vascogil and other towns in the community. At that time, he was about 18 years old. He said that the road would make it easier for us to transport food, since we used to transport it to animals.

Older people, women and men mention that he was always concerned about the welfare of everyone here in town. He told them that he wanted to go to the city so that his children could study. His first two children studied for one or two years here in the village school.

In about 1995 he went to the city of Durango, but he never left completely.

He kept coming to see his cattle and buy from the farmers. He started to bring them vaccines so that they would vaccinate their cattle and they would die less.

He always made sure that the school was good. That it had furniture and school supplies. Balls for the children to play with.

## ATTACHMENT II - F
### REFERENCE LETTER FROM CRUZ, VILLAREAL-SARAVIA
### MAYOR OF THE MUNICIPALITY OF SAN JUAN DE CAMARONES, DURANGO MX.

As time went by, he asked for support from the municipality and the mining company here in Metates and they gave us sheet metal, cement, and a little money so that we could build more classrooms and with the help of everyone in town we were able to build a decent school for the children. When it was his turn to study there were about 12 children. When we built the other classrooms there were already about 40 children and that is why he said that we should enlarge the school.

We had been thinking about building a church for a long time. In about 2000 we started to build it and he oversaw looking for support from the municipality and the mining companies. They helped us with all the materials and a little money for the architect who made the plan. All the elderly inhabitants who lived here put in the labor to have a church so that all the families could go to mass and celebrate baptisms and family celebrations. We are all very happy.

On the same date we were able to get the municipality to support us with pipes for drinking water, since all the families struggled a lot. The ladies had to carry water for domestic use on their heads in buckets. He said that it was not fair that the women had to work so hard. Once we installed the pipe and each family had their water in their house, they were happy, and he was very happy because we had done it.

He has always been generous with his employees who take care of his cattle. If any of his family members needed medical attention he didn't think twice about helping them. Just like anyone else who would take care of him, for all of us who know him, he is a good man.

Before he was arrested, he was looking for ways to get help from the government so that they would give us support for livestock, so that all the farmers could improve their livestock and thus have better economic benefits and so that our families could have a better quality of life. From prison he has told us that he is still thinking about these projects and that he does not lose hope of being able to achieve them. We know that what he tells us is true because we know him for the human being that he is.

We pray to God that he returns. May he do well in his process so that he can be with his family and his cattle and with all of us who appreciate him very much.

Although we do not know the reasons for his arrest on behalf of all of us in this community, we ask you to have mercy on him.

**A T E N T A M E N T E**

**LOS ORGANOS DE REPRESENTACIÓN DE LA COMUNIDAD**
Comunidad de San Juan de Camarones, Municipio de Santiago Papasquiaro,
Estado de Durango.

**PRESIDENTE**



*Cruz villarreal soravia*
C. Cruz Villarreal Saravia

**SECRETARIO**                    **TESORERO**

*Gilberto Garcia V.*              *Virginio Carranza Garcia*
C. Gilberto Garcia Villapudua     C. Virginio Carranza Garcia

**POR EL CONSEJO DE VIGILANCIA**
**PRESIDENTE**

*Heriberto Felix Gonzalez*
C. Heriberto Félix Gonzalez

**ATTACHMENT II G**
REFERENCE LETTER FROM MARK JOHN MALFAIR
ATTORNEY OF AMERICAN GOLD METATES SA

Durango, Durango, October 11, 2012.

To whom it may concern:

I hereby state that I know **Mr. Felipe Cabrera Sarabia**, who was named President of the Commissariat of Communal Property of the Community of San Juan de Camarones, belonging to the Municipality of Santiago Papasquiaro, State of Durango, the foregoing, by virtue of the fact that my represented American Gold Metates, S. de R.L. de C.V., carries out mining exploration works in mining concessions owned by me, which are located in lands within said Community, so that since 2007 we have carried out exploration works in said mining concessions, with the consent of the Community.

During all this time, my client and its contractors have been able to carry out the exploration works in the Community, without any setback, and always with the support of the Community of San Juan de Camarones, the Commissariat of Communal Property and its President.

Sincerely

Mr. Mark John Malfair

Legal representative of

American Gold Metates, S. de R.L. de C. V.