# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                     Case No.: 1:09−cr−00383
                                                    Honorable Sharon Johnson Coleman

, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Ovidio Guzman Lopez (22): Status hearing held on 6/17/2024. Counsel for the government reported that a final Rule 16 production was tendered to defense counsel and counsel will need more time to review. An in−person status hearing is set for 10/1/2024 at 10:15 AM. Time is excluded to 10/1/2024 pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) with no objections. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.