UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 383-21 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| JOAQUIN GUZMAN LOPEZ | ) | |

**GOVERNMENT'S NOTICE OF DECISION
<u>NOT TO SEEK CAPITAL PUNISHMENT</u>**

The UNITED STATES OF AMERICA, through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, pursuant to Title 18, United States Code, Section 3593, hereby provides notice to defendant JOAQUIN GUZMAN LOPEZ that, if the defendant is convicted, the government will not seek a sentence of death.

    Respectfully submitted.

    ANDREW S. BOUTROS
    United States Attorney

By:   /s/ *Andrew C. Erskine*
    ANDREW C. ERSKINE
    MICHELLE PARTHUM
    Assistant United States Attorneys
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604
    (312) 353-5300