# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 09-cr-383-10 |
| v. ) | |
| ) | |
| PEDRO FLORES, ) | |
| ) | Judge Sharon Johnson Coleman |
| ) | |

## ORDER

On April 9, 2025, defendant Pedro Flores ("Defendant") filed an unopposed motion for termination of supervised release. Because the motion was unopposed, the Court held a brief hearing via WebEx. The Seventh Circuit acknowledges that early termination is proper where a defendant's post-release conduct demonstrates rehabilitation beyond mere compliance. Courts have recognized that once the goals of supervised release have been achieved, continued supervision is unnecessary. Defendant began his five-year term of supervised release on November 5, 2020. For nearly the last five years, Defendant has successfully reintegrated into society and fully complied with all conditions of supervised release. Given that Defendant's term of supervised release is set to expire on November 4, 2025, the Court finds that granting Defendant's unopposed motion for termination of supervised release, just two months before the scheduled end date, serves the interests of justice and is consistent with the factors set forth in 18 U.S.C. § 3553(a). Accordingly, the Court grants the motion [1056].

**IT IS SO ORDERED.**

Date: 8/28/2025

Entered: _____
SHARON JOHNSON COLEMAN
United States District Judge