# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 1:09−cr−00383

                                                Honorable Sharon Johnson Coleman

, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Joaquin Guzman−Loera (1), Ismael Zambada−Garcia (2), Jesus Vicente Zambada−Niebla (3), Alfredo Guzman−Salazar (4), Alfredo Vasquez−Hernandez (5), Juan Guzman−Rocha (6), German Olivares (7), Felipe Cabrera Sarabia (8), Tomas Arevalo−Renteria (9), Pedro Flores (10), Margarito Flores (11), Heriberto Zazueta Godoy (12), Edgar Manuel Valencia Ortega (13), Jesus Alfredo Guzman Salazar (14), Victor Manuel Felix Beltran (15), Jesus Raul Beltran Leon (16), Hector Miguel Valencia Ortega (17), Jorge Mario Valenzuela Verdugo (18), Guadalupe Fernandez Valencia (19), Ivan Archivaldo Guzman Salazar (20), Joaquin Guzman Lopez (21), Ovidio Guzman Lopez (22): Government's motion to withdraw Attorney Erika Csicsila as counsel [1091] is granted. Attorney Erika L. Csicsila terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.