# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:09−cr−00383
Honorable Sharon Johnson Coleman

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

MINUTE entry before the Honorable Sharon Johnson Coleman as to Joaquin Guzman Lopez (21): Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to counts 1 (sss) and 2 (sss) of the thirteenth superseding indictment (or) information. Defendant found competent to change his plea and informed of his rights. Judgment of guilty entered. Sentencing is deferred at this time. An in−person status hearing is set for 6/1/2026 at 10:00 AM. Enter Plea Agreement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.