

# United States District Court
# Northern District of Illinois

In the Matter of

USA

<span style="color:red">Fugitive Judge *Fugitive Calendar</span>

v.

Case No. 09-CR-383-4, 7, 14, 15,20

Alfredo Guzman-Salazar, German Oilvares, Jesus Alfredo Guzman Salazar, Victor Manuel Felix Beltran, Ivan Archivaldo Guzman Salazar

Designated Magistrate Judge
*By Lot - Non Designated Judge

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I request the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my request are indicated on the bottom of this form.

**Judge Sharon Johnson Coleman**

Date: Wednesday, April 8, 2026

## Reason(s) For Recommendation:

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

Dated:Wednesday, April 8, 2026

District Reassignment - Named Judge

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge